Fill in this information to identify the case:
Debtor name: **Silverside Senior Living, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chippewa Valley, LLC**<br>**Alex Pirigyi**<br>**303 International Circle, Ste. 200**<br>**Hunt Valley, MD 21030** | **Alex Pirigyi**<br><br>**Apirigyi@OmegaHealthCare.com** | **Unpaid rent** | **Disputed** | | | **$566,478.45** |
| **Concept Rehab, Inc.**<br>**7150 Granite Cir. #200**<br>**KY 41984-3600** | **Martha Shaker**<br><br>**419-843-6002** | **Note payable** | | | | **$396,675.32** |
| **HealthTeq Services**<br>**1110 Brickell Avenue**<br>**Suite 430**<br>**Miami, FL 33131** | **Ritesh Shah**<br><br>**305-307-8340** | **Note payable** | | **$459,415.04** | **$0.00** | **$459,415.04** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1