UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

SILVERSIDE SENIOR LIVING, LLC,[1]     Case No. 21-44887-lsg
et al,

    Chapter 11 Proceeding

       Debtor.     Hon. Lisa S. Gretchko

    Jointly Administered

_____/

**ORDER MODIFYING ORDER ESTABLISHING DEADLINES AND PROCEDURES IN THE CASE OF A SMALL BUSINESS DEBTOR WHO HAS ELECTED TO HAVE SUBCHAPTER V OF CHAPTER 11 APPLY [ECF 58]**

On July 15, 2021, the Court entered an Order Establishing Deadlines and Procedures in the Case of a Small Business Debtor Who Has Elected to Have Subchapter V of Chapter 11 Apply (ECF 58; the "Scheduling Order"). On July 30, 2021, the Court conducted the status conference in this case pursuant to 11 U.S.C. § 1188(c) and, for the reasons stated on the record at said conference,

**IT IS HEREBY ORDERED** that paragraph 1(a) of the Scheduling Order is modified and the deadline for the Debtor to file all unfiled overdue tax returns is extended to August 20, 2021.

**IT IS FURTHER ORDERED** that, except as modified herein, the Scheduling Order remains in full force and effect.

**Signed on August 2, 2021**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko
United States Bankruptcy Judge**

---

[1] The Debtors in these jointly administered proceedings along with the last four digits of its federal tax id number are: Silverside Senior Living, LLC (2357)(Case No. 21-44887-lsg) and Graceway South Haven, LLC (9393)(Case No. 21-44888-lsg).