**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko

**Debtors.**

Jointly Administered

---

# CERTIFICATE OF SERVICE

LYNN M. BRIMER states that on September 7, 2021, she caused to be served a copy of the following documents:

(1) Debtor's Plan of Reorganization, Exhibits A-E and Class I through Class VI Ballots

upon all Parties via the Court's electronic mailing system, and to all Creditors on the Matrix as of September 7, 2021 via first class mail.

I declare that the statements above are true to the best of my information, knowledge and belief.

Dated: September 7, 2021

*/s/ Lynn M. Brimer*
Lynn M. Brimer (P43291)

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].