Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21−44887−lsg
Chapter: 11
Judge: Lisa S. Gretchko

In Re: (NAME OF DEBTOR(S))
    Silverside Senior Living, LLC
    Note See Joint Administration Order
    Docket #27, fka ACM Senior Living, LLC
    13228 Chestnut
    Southgate, MI 48195

Social Security No.:

Employer's Tax I.D. No.:
    82−4722357

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

**95** − Stipulation By and Between Graceway South Haven, LLC and Michigan Department of Licensing and Regulatory Affairs (LARA) Re: Stipulation for Entry of Judgment Determining that 11 U.S.C. 362(b)(4) provides that Graceway South Haven's Filing of a Petition Under 11 U.S.C. 1101, et. seq., Does Not Operate as an Automatic Stay to the Michigan Department of Licensing and Regulatory Affairs Commencing Revocation of License No. 107000004 . Filed by Creditor Michigan Department of Health and Human Services. (Drysdale−Crown, Cassandra)

will be held on: 9/17/21 at 01:00 PM at Courtroom 1975, 211 West Fort St., Detroit, MI 48226

Note: effective beginning April 13, 2021, and continuing until further notice, Judge Lisa S. Gretchko is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 6874938. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 9/13/21

                        BY THE COURT

                        Todd M. Stickle, Clerk of Court
                        U.S. Bankruptcy Court