UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

        **Debtors.**

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

### ORDER GRANTING DEBTORS' MOTION TO APPROVE SETTLEMENT AND COMPROMISE OF PREFERENCE CLAIM WITH DEBEST, INC.

The Debtors having filed their Motion to Approve Settlement and Compromise (the "Motion") and having provided adequate notice and an opportunity for hearing on the Motion to all parties required to be served, and the Court finding that the proposed settlement is in the best interests of the Debtors, their estate and their creditors, and the Court being advised in the premises and finding good cause exists for the entry of this Order;

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**IT IS HEREBY ORDERED THAT** the settlement of Graceway South Haven, LLC's claim for preferential payments against DeBest, Inc. is approved, and the Debtors are authorized and directed to take all appropriate action to implement the settlement.

**Signed on September 24, 2021**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**