**EXHIBIT 4**
**SUMMARY OF INVOICES**

EXHIBIT 4
SUMMARY OF INVOICES

| INVOICE NUMBER | INVOICE DATE | AMOUNT DUE |
|---|---|---|
| *503(b)(9) Claim* | | |
| 210129905 | 5/18/2021 | $214.88 |
| 210156949 | 5/19/2021 | $1,057.39 |
| 210156953 | 5/19/2021 | $4,568.39 |
| 210261430 | 5/24/2021 | $883.64 |
| 210320194 | 5/24/2021 | $6,708.73 |
| 210387113 | 6/2/2021 | $183.31 |
| | Subtotal: | $13,616.34 |
| | | |
| *Postpetition Claim* | | |
| 210474750 | 6/8/2021 | $54.34 |
| | Subtotal: | $54.34 |
| | | |
| | Total Administrative Priority Claim: | $13,670.68 |