UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC,**[1]      Case No.: 21-44887-lsg
et al,      Chapter 11, Subchapter V

    Debtors.      Hon. Lisa S. Gretchko
     Jointly Administered
_____/

**STIPULATION FOR ENTRY OF ORDER ALLOWING AN EXTENSION OF TIME FOR UNITED STATES TRUSTEE TO FILE OBJECTIONS TO LIQUIDATING PLAN**

Silverside Senior Living, LLC and Graceway South Haven, LLC, (the "Debtors"), and the United States Trustee stipulate to the entry of an Order Allowing an Extension of Time for the United States Trustee to File Objections to Liquidating Plan.

---

[1] The Debtors in this jointly administered proceeding along with the last four digits of its federal tax id number are: Silverside Senior Living, LLC (2357) and Graceway South Haven, LLC (9393). The principal place of business for the entities is 1001 Woodward Avenue, Fifth Floor, Suite 05A128, Detroit, Michigan 48226.

| STROBL SHARP PLLC | JILL M. GIES<br>UNITED STATES TRUSTEE<br>Region 9 |
|---|---|
| By: */s/ Lynn M. Brimer*<br>Lynn M. Brimer (P43291)<br>Pamela S. Ritter (P47886)<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>Tel: (248) 540-2300<br>lbrimer@strobllaw.com<br>pritter@strobllaw.com | By: */s/ Jill M. Gies*<br>Jill M. Gies (P56345)<br>Office of the U.S. Trustee<br>211 West Fort St - Suite 700<br>Detroit, Michigan 48226<br>Tel: (313) 226-7999<br>Jill.gies@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **SILVERSIDE SENIOR LIVING, LLC,**[1] et al, | Case No.: 21-44887-lsg<br>Chapter 11, Subchapter V |
| Debtors. | Hon. Lisa S. Gretchko<br>Jointly Administered |

_____/

**ORDER ALLOWING AN EXTENSION OF TIME FOR UNITED STATES TRUSTEE TO FILE OBJECTIONS TO LIQUIDATING PLAN**

This matter having come before this Court upon the Stipulation of Debtors and the United States Trustee. The Debtors having filed a Liquidating Plan on September 7, 2021, and all objections to the Plan being due October 13, 2021, the Debtors have agreed to allow the United States Trustee an extension of time to file objections.

**IT IS HEREBY ORDERED** that the United States Trustee may have until October 18, 2021 to file objections to the Debtors' Liquidating Plan.

---

[1] The Debtors in this jointly administered proceeding along with the last four digits of its federal tax id number are: Silverside Senior Living, LLC (2357) and Graceway South Haven, LLC (9393). The principal place of business for the entities is 1001 Woodward Avenue, Fifth Floor, Suite 05A128, Detroit, Michigan 48226.