# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING, LLC, et al.,[1]

Debtors.

_____/

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## ORDER GRANTING EXTENSION OF TIME FOR CHIPPEWA VALLEY, LLC TO FILE OBJECTIONS TO LIQUIDATING PLAN

Silverside Senior Living, LLC and Graceway South Haven, LLC (collectively, the "Debtors") and Chippewa Valley, LLC ("Chippewa") have filed a *Stipulation to Entry of Order Granting Extension of Time for Chippewa Valley, LLC to File Objections To Liquidating Plan* (the "Stipulation"; ECF No. 111). The Court has reviewed the Stipulation and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline for Chippewa to object to the Plan[2] is extended until October 18, 2021.

**Signed on October 13, 2021**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan.