# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

    Debtors.

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

---

## STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO CONFIRMATION AND RESPONSES TO MOTIONS FOR ADMINISTRATIVE EXPENSE CLAIMS

Debtors, the Subchapter V Trustee, the United States Trustee, Chippewa Valley, LLC, and Gordon Food Services Inc., stipulate to the entry of the *Order to Extend Deadlines to File Objections to Confirmation and for the Debtors to Respond to the Applications/Motions of Gordon Food Service Inc. and Chippewa Valley, LLC for Allowance and Payment of Administrative Claim,* in the form attached hereto as **Exhibit A**.

*[signatures on following page]*

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

Stipulated and Approved for Entry:

| | |
|---|---|
| **STROBL SHARP PLLC** | **JILL M. GIES** |
| | **UNITED STATES TRUSTEE** |
| By: ____/s/ Lynn M. Brimer_____ | **Region 9** |
| Lynn M. Brimer (P43291) | By:__/s/ Jill Gies_____ |
| Attorney for the Debtors | Jill Gies (P56345) |
| 300 East Long Lake Road, Suite 200 | Office of the U.S. Trustee |
| Bloomfield Hills, MI 48304-2376 | 211 W. Fort Street, Ste. 700 |
| Telephone: (248) 540-2300 | Detroit, MI 48226 |
| Facsimile: (248) 645-2690 | Telephone: (313) 226-7999 |
| lbrimer@stroblpc.com | Jill.Gies@usdoj.gov |
| | |
| **JAFFE RAITT HEUER & WEISS, P.C.** | **ICE MILLER LLP** |
| | |
| By: /s/ Paul R. Hage | By: /s/ John C. Cannizzaro |
| Paul R. Hage (P70460) | John C. Cannizzaro |
| Hailey Kimball-Dexter (P81031) | 250 West Street, Ste. 700 |
| 27777 Franklin Road, Suite 2500 | Columbus, OH 43215 |
| Southfield, MI 48034 | Phone: (614) 462-1070 |
| Phone: (248) 351-3000 | John.Cannizzaro@icemiller.com |
| phage@jaffelaw.com | *Counsel to Gordon Food Service Inc.* |
| hkimball@jaffelaw.com | |
| *Counsel to Chippewa Valley, LLC* | |

**SUBCHAPTER V TRUSTEE**

By: /s/ Charles M. Mouranie
Charles M. Mouranie CTP
EDSI Consulting
U.S. Bankruptcy Sub Chapter V Trustee
Phone: 248.767.9492 15300 Commerce
Drive North, Suite 200
Dearborn, MI 48120
CMournaie@edisolutions.com

2

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [2]

Debtors.

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

**ORDER TO ADJOURN CONFIRMATION HEARING, TO EXTEND DEADLINE TO FILE OBJECTIONS TO CONFIRMATION AND TO EXETND THE DEADLINE FOR DEBTORS TO RESPOND TO THE APPLICATION OF GORDON FOOD SERVICE INC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM**

Debtors, the Subchapter V Trustee, the United States Trustee, Chippewa Valley, LLC, and Gordan Food Service Inc. (collectively, "Parties") having stipulated to extending the deadline for Chippewa Valley, LLC, Gordon Food Service Inc. and the United States Trustee to file objections to confirmation from November 15, 2021 to November 17, 2021 and to extending the deadlines for the Debtors' to respond to the Application of Gordon Food Service Inc. for Allowance and Payment of Administrative Priority Claim [Docket No. 108] and to respond to

---

[2] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

the Motion of Chippewa Valley, LLC for Entry of an Order Allowing Administrative Expense Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) [Docket No. 136]; the Parties having filed their stipulation seeking the entry of this Order; the Court having reviewed said stipulation; the Court having found good cause to be shown; and the Court having otherwise been fully advised in the premises;

**IT IS FURTHER ORDERED** that the deadline for Chippewa Valley, LLC, Gordon Food Service Inc., and the United States Trustee to file objections to confirmation is extended from November 15, 2021 to November 17, 2021.

**IT IS FURTHER ORDERED** that the deadline for the Debtors to respond to the Application of Gordon Food Service Inc. for Allowance and Payment of Administrative Priority Claim [Docket No. 108] is extended to November 17, 2021.

**IT IS FURTHER ORDERED** that the deadline for the Debtors to respond to the Motion of Chippewa Valley, LLC for Entry of an Order Allowing Administrative Expense Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) [Docket No. 136] is extended to November 17, 2021.

**IT IS SO ORDERED.**