# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

    Debtors.

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

### ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO CONFIRMATION AND TO EXTEND THE DEADLINE FOR DEBTORS TO RESPOND TO THE APPLICATION OF GORDON FOOD SERVICE INC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM AND TO MOTION OF CHIPPEWA VALLEY, LLC FOR ENTRY OF ORDER ALLOWING ADMINISTRATIVE EXPESNE

The Debtors, the Subchapter V Trustee, the United States Trustee, Chippewa Valley, LLC, and Gordon Food Service Inc. (collectively, the "Parties") have stipulated to: (i) extending the deadline for Chippewa Valley, LLC, Gordon Food Service Inc. and the United States Trustee to file objections to confirmation from November 15, 2021 to November 17, 2021, and (ii) extending the deadlines for the Debtors to respond to the Application of Gordon Food Service Inc. for Allowance and Payment of Administrative Priority Claim (ECF No. 108) and to respond to the Motion of Chippewa Valley, LLC for Entry of an Order Allowing Administrative

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

Expense Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (ECF No. 136). The Parties have filed a stipulation (the "Stipulation"; ECF No. 137) seeking the entry of this Order. The Court has reviewed the Stipulation and finds good cause to enter this Order. The Court is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline for Chippewa Valley, LLC, Gordon Food Service Inc., and the United States Trustee to file objections to confirmation is extended from November 15, 2021 to November 17, 2021.

**IT IS FURTHER ORDERED** that the deadline for the Debtors to respond to the Application of Gordon Food Service Inc. for Allowance and Payment of Administrative Priority Claim (ECF No. 108) is extended to November 17, 2021.

**IT IS FURTHER ORDERED** that the deadline for the Debtors to respond to the Motion of Chippewa Valley, LLC for Entry of an Order Allowing Administrative Expense Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (ECF No. 136) is extended to November 17, 2021.

**Signed on November 16, 2021**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
**United States Bankruptcy Judge**