# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

        Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## ORDER GRANTING DEBTORS' MOTION TO APPROVE SETTLEMENT AND COMPROMISE OF PREFERENCE CLAIM WITH CITY OF SOUTH HAVEN

This matter came before the Court upon the Debtors' Motion to Approve Settlement and Compromise (the "Motion"; ECF No. 127). All interested parties were served with notice of the Motion and of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and other pertinent pleadings and is advised in the premises.

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the settlement of Graceway South Haven, LLC's claim for preferential payments against City of South Haven is approved, and the Debtors are authorized to take all appropriate action to implement the settlement described in the Motion.

Signed on November 17, 2021



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**