# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

    Debtors.

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## SECOND ORDER TO ADJOURN CONFIRMATION HEARING AND TO EXTEND DEADLINE TO FILE OBJECTIONS TO CONFIRMATION

The Debtors, the Subchapter V Trustee, the United States Trustee, Chippewa Valley, LLC, the Internal Revenue Service and the State of Michigan Unemployment Agency (collectively, "Parties") have stipulated to adjourn the hearing on the Confirmation from November 19, 2021 to December 17, 2021 and to extend the deadline for Chippewa Valley, LLC, Gordon Food Service Inc. and the United States Trustee to file objections to confirmation from November 17, 2021 to December 14, 2021. The Parties have filed a stipulation seeking the entry of this Order. The Court has reviewed said stipulation and finds that cause exists to grant

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

the adjournment, however the Court requires insertion of a time on December 14, 2021 by which the objections must be filed. The Court is advised in the premises.

**IT IS HEREBY ORDERED** that the Hearing on Confirmation of the Debtors' Liquidating Plan (filed at ECF No. 91) is adjourned from November 19, 2021 to December 17, 2021 at 1:00 p.m.

**IT IS FURTHER ORDERED** that the deadline for Chippewa Valley, LLC, Gordon Food Service Inc. and the United States Trustee to file objections to confirmation is extended from November 17, 2021 to 10:00 a.m. prevailing time on December 14, 2021.

**Signed on November 19, 2021**



/s/ Lisa S. Gretchko
**Lisa S. Gretchko**
**United States Bankruptcy Judge**