# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| SILVERSIDE SENIOR LIVING, LLC, et al,[1] | Case No. 21-44887-lsg |
| | Jointly Administered |
| Debtors. | |

## STIPULATED ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

This matter came before the Court upon the Application of Gordon Food Service Inc. For Allowance and Payment of Administrative Priority Claim ("Application": ECF No. 108). The Debtor filed the sole response/objection thereto ("Objection": ECF No. 149). The parties have resolved the matter and have filed a stipulation ("Stipulation"; ECF No. 161) consenting to the entry of this Order. The Court has reviewed the Application, the Objection, the Stipulation and other pertinent pleadings, and is advised in the premises.

---

[1] The Debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No: 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No: 21-44888-lsg].

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Gordon Food Service, Inc. is allowed an administrative claim in the amount of $13,670.68, which will be paid in full or on a *pro rata* basis with the other administrative claims, including the administrative rent claim of Chippewa Valley.

**Signed on December 13, 2021**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**