UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Case No. 21-44887-lsg |
| | Chapter 11 |
| SILVERSIDE SENIOR LIVING, LLC,[1] et al, | Hon. Lisa S. Gretchko |
| Debtors. | Jointly Administered |
| _____/ | |

## ORDER REGARDING DECEMBER 17, 2021 HEARING

On November 19, 2021, the Court entered the Second Order to Adjourn Confirmation Hearing and to Extend Deadline to File Objections to Confirmation ("Second Adjournment Order"; ECF No. 156). The Second Adjournment Order scheduled the Confirmation Hearing for December 17, 2021 at 1:00 p.m. and established a deadline of December 14, 2021 at 10:00 a.m. for objections to confirmation. At 1:49 p.m. on December 14, 2021, Chippewa Valley, LLC ("Chippewa") filed an objection to confirmation of the plan ("Chippewa Objection"; ECF No. 163). The Court has reviewed the Chippewa Objection and the objection to the plan filed by the United States Trustee on November 16, 2021 (ECF No. 148). The Court also notes that the plan appears to lack the projections that are required by 11 U.S.C. § 1190. Accordingly, the Court has determined that

---

[1] The Debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are: Silverside Senior Living, LLC (2357)(Case No. 21-44887-lsg) and Graceway South Haven, LLC (9393)(Case No. 21-44888-lsg).

the hearing scheduled for December 17, 2021 must be a status conference, rather than a confirmation hearing.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the hearing to be held on December 17, 2021 at 1:00 p.m. will be a status conference. At the conclusion of the status conference, the Court will determine further appropriate action.

**Signed on December 15, 2021**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge