UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

    Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

**COVER SHEET FOR TRANSMITTAL OF
SMALL BUSINESS OPERATING REPORT**

**GRACEWAY SOUTH HAVEN, LLC
(CASE NO. 21-44888-lsg)**

**FOR THE PERIOD ENDING NOVEMBER 30, 2021**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Graceway South Haven, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number: | 21-44888 |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**                                    12/17

| Month: | November 2021 | Date report filed: | 02/04/2022 |
|---|---|---|---|
| | | | MM/DD/YYYY |
| Line of business: | Skilled Nursing Facility | NAISC code: | 623110 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| Responsible party: | Anthony Fischer, Jr. |
|---|---|
| Original signature of responsible party | /s/s Anthony Fischer, Jr. |
| Printed name of responsible party | Anthony Fischer, Jr. |

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                                          $ 68,056.72
    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | Graceway South Haven, LLC | Case number 21-44888 |
|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ __0.00__

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ __0.00__

22. **Net case flow** + $ __0.00__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ __68,056.72__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ __0.00__
   *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ __@250,000.00__
   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed? $ __0__

27. What is the number of employees as of the date of this monthly report? $ __0__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ __0.00__

| Debtor Name | Graceway South Haven, LLC | Case number 21-44888 |
|---|---|---|

| | | |
|---|---|---|
| 29. | How much have you paid in professional fees related to this bankruptcy case since the case was filed? | $ 0.00 |
| 30. | How much have you paid this month in other professional fees? | $ 0.00 |
| 31. | How much have you paid in total other professional fees since filing the case? | $ 0.00 |

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | Column B<br>Actual<br>Copy lines 20-22 of this report. | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|
| 32. | Cash receipts | $ | - $ | $ |
| 33. | Cash disbursements | $ | - $ | $ |
| 34. | Net cash flow | $ | - $ | $ |

| | | |
|---|---|---|
| 35. | Total projected cash receipts for the next month: | $ 0.00 |
| 36. | Total projected cash disbursements for the next month: | - $ 0.00 |
| 37. | Total projected net cash flow for the next month: | = $ 0.00 |

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [✓] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING, LLC, et al.,[1]

Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

EXHIBIT A

GRACEWAY SOUTH HAVEN, LLC
SMALL BUSINESS MONTHLY OPERATING REPORT FOR
THE PERIOD ENDING NOVEMBER 30, 2021

All of the Debtor's residents were moved to alternative facilities on May 27, 2021. The Debtor has not maintained any operations since that date.

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

# EXHIBIT B

# GRACEWAY SOUTH HAVEN, LLC
# SMALL BUSINESS MONTHLY OPERATING REPORT
# FOR THE PERIOD ERNDING NOVEMBER 30, 2021

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

    Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## EXHIBIT C

### GRACEWAY SOUTH HAVEN, LLC
### SMALL BUSINESS MONTHLY OPERATING REPORT
### CASH RECEIPTS FOR THE PERIOD
### ENDING NOVEMBER 30, 2021

**NONE.**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

    Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

EXHIBIT D

GRACEWAY SOUTH HAVEN, LLC
SMALL BUSINESS MONTHLY OPERATING REPORT
FOR THE ENDING NOVEMBER 30, 2021

**None.**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING, LLC, et al.,[1]

Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## EXHIBIT E

## GRACEWAY SOUTH HAVEN, LLC
## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING NOVEMBER 30, 2021

## ACCOUNTS PAYABLE

**None.**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

      Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## EXHIBIT F

## GRACEWAY SOUTH HAVEN, LLC
## SMALL BUSINESS MONTHLY OPERATING REPORT
## EXPENSES FOR THE PERIOD NOVEMBER 30, 2021

The Debtor is working to generate an updated and reliable accounts receivable report.

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

      Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

---

EXHIBIT G

SMALL BUSINESS MONTHLY OPERATING REPORT
BANK RECORDS FOR THE PERIOD
ENDING NOVEMBER 30, 2021

See Attached Bank Statements.

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

*S&B\85370\002\MISC\SB773767.DOCX



150 Third Avenue South  
Suite 900  
Nashville, TN 37201  
www.pnfp.com

Client Service Center 800-264-3613  
Pinnacle Anytime 866-755-5428

Account  
XXXXXXXX1306

RETURN SERVICE REQUESTED

Graceway South Haven LLC  
Debtor in Possession  
13228 Chestnut St  
Southgate, MI 48195-1257

## Statement of Account

Horizon 150



Balance 11/01/21  
$ 68,056.72

Balance 11/30/21  
$ 68,056.72

Summary  
Credits  + $.00  
Interest + $.00  
Debits  - $.00

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $68,056.72 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | |
|---|---:|
| 11/01 | 68,056.72 |

New Mobile App Combines Personal and Business

Pinnacle's new mobile banking combines our personal and business apps into one that looks (and works) more like the full online banking experience. You can:

- Easily manage and edit transfers
- Make principal and interest loan payments
- See your passcode as you enter it
- Add and edit transaction descriptions

You can learn more and download the app at PNFP.com/mobile



Member FDIC

# Pinnacle

## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613