UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

        Debtors.

_____/

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## STIPULATED ORDER ADJOURNING STATUS CONFERENCE

The Court conducted a status conference on May 13, 2022 regarding the Amended Plan of Liquidation ("Amended Plan"; ECF No. 200) filed by Silverside Senior Living, LLC and Graceway South Haven, LLC (collectively, the "Debtors") and determined that a further status conference is appropriate prior to further amendments to the Amended Plan and/or service of a further amended plan. A stipulation ("Stipulation"; ECF No. 224) among the Debtors, Chippewa Valley, LLC, the United States Trustee, the U.S. Attorney (on behalf of IRS and HHS) and the Subchapter V Trustee has been filed, consenting to the terms of this order. The Court finds good cause to enter this order.

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Status Conference conducted on May 13, 2022 is adjourned to June 22, 2022 at 3:00 p.m. eastern standard time. This will be a telephonic status conference.

**IT IS HEREBY ORDERED** that the Debtors shall file a Status Conference and Progress report no later than 12:00 noon on June 22, 2022 updating the Court on any significant developments since the Status Conference conducted on May 13, 2022.

**IT IS FURTHER ORDERED** that the provisions in the Order to Amend Plan and Scheduling Status Conference entered on December 27, 2021 (ECF No. 169) not otherwise modified by this Order shall remain in effect.

**Signed on May 17, 2022**



/s/ Lisa S. Gretchko
_____
Lisa S. Gretchko
United States Bankruptcy Judge