211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **21−44887−lsg**

In Re: (NAME OF DEBTOR(S))

Silverside Senior Living, LLC

_____/

## AMENDED NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES IN A SUBCHAPTER V CASE

NOTICE IS HEREBY GIVEN that on **10/14/2022** an Order Establishing Deadlines and Procedures in a Subchapter V Case was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline for debtor to file motions is . This is also the deadline to file all unfiled overdue tax returns.

2. Status conference is set for **at in** .

3. Deadline to file the pre−status conference report is .

4. Deadline for debtor to file a plan is .

5. Deadline to return ballots on plan and file objections to confirmation of plan is **11/21/2022**. Ballot form should be returned to debtor's attorney.

6. Deadline for creditors to make an election of application of 11 U.S.C. § 1111(b)(2) is .

7. Deadline for the ballot summary is **11/28/2022**.

8. Hearing on objections and confirmation of plan is set for **12/2/22 at 01:00 PM in Courtroom 1975, 211 West Fort St., Detroit, MI 48226**.

9. Deadline for all professionals to file final fee applications is **30 days after the confirmation order is entered**.

10. Deadline to file objections to the Order Establishing Deadlines and Procedures is .

11. Deadline to file a motion to extend the deadline to file a plan is .

12. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is .

These dates and deadlines are subject to change upon notice if the debtor files a plan before the deadline in item 4 above.

Dated: 10/14/22

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:

Silverside Senior Living, LLC

    Debtor

Case No. 21-44887-lsg

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: estdlV | Total Noticed: 255 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Silverside Senior Living, LLC, 13228 Chestnut, Southgate, MI 48195-1257 |
| ombh | + | Deborah Fish, ALLARD AND FISH PC, 1001 Woodward Ave Ste 850, Detroit, MI 48226-1904 |
| acc | | Jacqueline Nicolas, Cole, Newton & Duran |
| cr | + | Michigan Department of Labor and Economic Growth, Wage and Hour Division, P.O. Box 30476, Lansing, MI 48909-7976 |
| cr | + | State of Michigan Department of Treasury, 3030 W. Grand Blvd., Ste 10-200, Detroit, MI 48202-6030 |
| md | + | Susan Cook, 715 East Main Street, Suite 110, Midland, MI 48640-5488 |
| cr | + | United States of America (IRS) (HHS), 211 W. Fort Street, Suite 2001, Detroit, MI 48226-3220 |
| 27027486 | + | A-1 Hood and Vent Cleaning, 2127 16th Street, Hopkins MI 49328-9627 |
| 27027488 | + | ACM Senior Living, 13228 Chestnut, Southgate MI 48195-1257 |
| 27027487 | + | Ability Network Inc., Butler Square, 100 N. 6th Street, Ste. 900A, Minneapolis MN 55403-1516 |
| 27027489 | + | Action Plumbing & Mechanical, Inc., 1134 Morren Court, Wayland MI 49348-8944 |
| 27027490 | | Adam's Specialty Products, LLC, d.b.a. Serenity USA, 7260 Commerce Plaza Dr, Neenah, WI 54956-9647 |
| 27027492 | + | Advanced Radiology Services, P.O. Box 776446, Chicago IL 60677-6446 |
| 27027493 | + | Advanced Vascular Surgery, 1815 Henson Avenue, Kalamazoo MI 49048-1510 |
| 27027494 | + | Airgas USA, LLC, P.O. Box 802576, Chicago IL 60680-2576 |
| 27071170 | + | Airgas USA, LLC, 259 N. Radnor Chester Rd., Wayne PA 19087-5240 |
| 27027495 | + | Alcaraz, Estefania, 115 W. Arlington Street, Bangor MI 49013-1359 |
| 27027496 | + | Alfieri, Ashley, 08636 M 140, South Haven MI 49090-1968 |
| 27058769 | + | Alice Handlang, PR Est Pensinger, c/o Michael J. Bonvolanta, Buckfire & Buckfire, PC, 29000 Inkster Rd., Ste 150, Southfield, MI 48034-1100 |
| 27027497 | + | Allred, Tammy M., 1080 West Lane, Benton Harbor MI 49022-2510 |
| 27027498 | + | American Medical Equipment, 861 Taylor Rd., Ste. I, Columbus OH 43230-6275 |
| 27027499 | + | American Medical Response of MI, 517 Division Ave S, Grand Rapids MI 49503-5116 |
| 27027500 | + | American Mobile Dental, 24293 Telegraph Road, Suite 212, Southfield MI 48033-7903 |
| 27027501 | + | Applied Imaging, 5555 Glenwood Hills Parkway SE, Grand Rapids MI 49512-2091 |
| 27027502 | + | Arcadia Services, Inc., 2300 Warrenville Road, Suite 100, Downers Grove IL 60515-1717 |
| 27027503 | | Armstrong Nutrition Management, 101 Parkview Extension Drive, Kittanning PA 16201 |
| 27027504 | + | Ashley Wallace Properties, LLC, 13228 Chestnut, Southgate MI 48195-1257 |
| 27027505 | + | Assured Partners, 285 Cozzins Street, Columbus OH 43215-2334 |
| 27027506 | + | Atrium Centers Inc., c/o Jonathan Martone, 151 S. Old Woodward Avenue, Suite 200, Birmingham MI 48009-6103 |
| 27027507 | + | Automatic Door Service, 4549 40th Street SE, Grand Rapids MI 49512-4036 |
| 27027511 | | BER Refrigeration Cooling, 205 Palladium Drive, Saint Joseph, MI 49085-9552 |
| 27027508 | + | BankDirect Capital Finance, 150 N. Field Dr., Ste 190, Lake Forest, IL 60045-2594 |
| 27027509 | | BankDirect Capital Finance, P.O. Box 660448, Dallas TX 75266-0448 |
| 27058764 | + | Barbara Muller-Wilson, Muller, Baatenburg & Wilson Law Group, 979 Spaulding Ave. SE, Ste B, Ada, MI 49301-3706 |
| 27027510 | + | Bardens Farm Market, 427 71st Street, South Haven MI 49090-9540 |
| 27027512 | + | Best Way Disposal, 7901 Dan Smith Road, Watervliet MI 49098-9500 |
| 27027514 | + | BioMedical Solutions, Inc., 318 W. Wright Avenue, Shepherd MI 48883-2502 |
| 27027515 | + | Bob DeYoung, 1710 Baker Drive, Kalamazoo MI 49048-1216 |
| 27027516 | + | Bouquenoy, Jennifer S., 62569 M-43, Bangor MI 49013-9480 |
| 27027517 | + | Breeze Medical Equipment, 06899 44th Street, Bloomingdale MI 49026-9706 |
| 27027621 | | Brian Kenneth McLaughlin, Michigan Department of Attorney General, 525 W. Ottawa St. ? Second Floor, PO Box 30754, Lansing, MI 48909-8254 |

| | | |
|---|---|---|
| 27027519 | + | Bronson Methodist Hospital, 601 John Street, Kalamazoo MI 49007-5346 |
| 27027520 | + | Bronson South Haven Hospital, 955 S Bailey Ave, South Haven MI 49090-6743 |
| 27027521 | + | Brown & Bigelow, 345 Plato Boulevard East, Saint Paul MN 55107-1228 |
| 27027522 | + | Browns Locksmith and Hardware, 2912 Niles Avenue, Saint Joseph MI 49085-2418 |
| 27027523 | + | Burson, Jordan K., 67818 S. Ridgewood Drive, South Haven MI 49090-9344 |
| 27027524 | + | Busscher's Pumping, Inc., 11305 E. Lakewood Boulevard, Holland MI 49424-9605 |
| 27027525 | + | C & R's Out on a Limb Tree Care, 35005 66th Street, Bangor MI 49013-9639 |
| 27027534 | + | CHS Therapy, 7251 Engle Road, Ste. 350, Cleveland OH 44130-3419 |
| 27027535 | | CHS Therapy, LLC, c/o Weltman, Weinberg & Reis, Co., L.P.A, 5000 Bradenton Avenue, Suite 100, Dublin, OH 43017-3574 |
| 27027539 | | CLM Enterprises Inc, 1971 East E. Street, Suite 216, Grand Rapids MI 49525 |
| 27027528 | | CareLinc Medical Equipment & Supply, 89 54th Street S.W., Grand Rapids MI 49548-5503 |
| 27027529 | + | Carmelo Scalzi, 28470 Herndonwood, Farmington Hills MI 48334-5227 |
| 27027530 | + | Centsible Heating and Air-Conditioning, 6740 Red Arrow Highway, Coloma MI 49038-9703 |
| 27027531 | + | Certified Building Solutions, 1665 Holton Road, Muskegon MI 49445-1450 |
| 27027638 | | Charles M. Mouranie, EDSI Consulting, 15300 Commerce Drive North, Dearborn, MI 48120-1264 |
| 27027533 | + | Chippewa Valley, LLC, 303 International Circle, Ste. 200, Hunt Valley MD 21030-1359 |
| 26995110 | + | Chippewa Valley, LLC, Alex Pirigyi, 303 International Circle, Ste. 200, Hunt Valley, MD 21030-1359 |
| 27027532 | | Chippewa Valley, LLC, c/o Jaffe Raitt Heuer & Weiss, PC, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |
| 27027537 | + | City of South Haven, 539 Phoenix Street, South Haven MI 49090-1573 |
| 27027538 | + | Clean Earth, 5189 King Highway, Kalamazoo MI 49048-5910 |
| 27027540 | + | Clog Squad, 3781 144th Avenue, Hamilton MI 49419-9124 |
| 27027543 | + | Commercial Magazine Service of Holland, P.O.Box 819, Holland OH 43528-0819 |
| 26995111 | + | Concept Rehab, Inc., 7150 Granite Cir. #200, Toledo OH 43617-3114 |
| 27027544 | + | Confessco Fire Protection, 411 Ottawa Street, Muskegon MI 49442-1012 |
| 27027545 | + | Cooper, Ntozake, 135 Apple Avenue, Benton Harbor MI 49022-4901 |
| 27027546 | + | Corke, Stacey, PO Box 51, Grand Junction MI 49056-0051 |
| 27027547 | + | Cotton, Glenda, 2481 Kurt Road, Benton Harbor MI 49022-8012 |
| 27027548 | + | Couwlier, Kristania L., 37075 Brynford Drive, Clinton Township MI 48036-2402 |
| 27027549 | + | Cowell, Lila L., 16764 64th Street, South Haven MI 49090-9731 |
| 27027550 | + | Cravens, Susan L., 319 Prospect Street, South Haven MI 49090-1543 |
| 27027551 | + | Culligan Water, 314 Western Avenue, Allegan MI 49010-1271 |
| 27027552 | + | Cummins Sales and Service, 3715 Clay Avenue SW, Grand Rapids MI 49548-3010 |
| 27027553 | + | D & G Services LLC, 8988 116th Avenue, West Olive MI 49460-9664 |
| 27027566 | | Deborah L. Fish, Allard & Fish PC, 1001 Woodward Avenue, Suite 850, Detroit, MI 48226-1904 |
| 27027555 | + | Destanie Krugler, 75641 16th Ave., Lot 30, South Haven MI 49090-8461 |
| 27027556 | + | Dickinson Wright, 2600 West Big Beaver, Ste. 300, Troy MI 48084-3312 |
| 27027557 | | Dickinson Wright, c/o James A. Plemmons, Esq., 500 Woodward Avenue, Suite 4000, Detroit, MI 48226-5403 |
| 27027558 | + | Diemer, Brenda S., 07681 60th Street, South Haven MI 49090-9113 |
| 27027561 | + | Dover Grease Traps, Inc., 16585 13 Mile Road, Fraser MI 48026-2540 |
| 27027563 | + | ECS Solutions, P.O. Box 402, Tiffin OH 44883-0402 |
| 27058765 | + | Edwina Joy Koehn-Herpst, 4472 106 Avenue, Allegan, MI 49010-9332 |
| 27027564 | + | Ern Hooten Entertainment Services, 1033 Washington Boulevard, Lake Odessa MI 48849-1073 |
| 27032606 | + | Fifth Third Bank, National Association, C/O Patricia L. Hill, 7570 Bales Street Suite 220, Liberty Township OH 45069-0004 |
| 27027565 | + | Fischer, Anthony, 13228 Chestnut, Southgate MI 48195-1257 |
| 27027567 | | Fusion Medical Staffing, P.O. Box 82674, Lincoln NE 68501-2674 |
| 27027652 | | Geoffrey J. Peters, Weltman, Weinberg & Reis, Co., L.P.A., 5000 Bradenton Avenue, Suite 100, Dublin, OH 43017-3574 |
| 27027568 | + | Getman, SueAnn, 726 Francis Street, South Haven MI 49090-1827 |
| 27027570 | + | Goble, Erica R., 8940 Danneffel Road, Watervliet MI 49098-9514 |
| 27027571 | + | Gordon Food Service, 1350 Mall Drive, Benton Harbor MI 49022-2312 |
| 27027572 | | Graceway South Haven, LLC, 13228 Chestnut, Southgate, MI 48195-1257 |
| 27027573 | + | Graham, Jennifer, 2900 Cleveland Avenue, Saint Joseph MI 49085-4300 |
| 27027574 | + | Grainger, 3803 Roger B. Chaffee Memorial Blvd. SE, Grand Rapids MI 49548-3437 |
| 27027575 | + | Grandview Healthcare, LLC, d/b/a Grandview Pharmacy, c/o CVS, Attn: Karen Dailey, Director of Credit, 444 N. 44th Street, Phoenix AZ 85008-6523 |
| 27059488 | | Grandview Healthcare, LLC, d/b/a Grandview Pharmacy, c/o CVS, Attn: Karen Dailey, Director of Credit, 444 N. 44th Street, MC 999-2C, Phoenix, AZ 85008-6523 |
| 27027576 | + | Griffin Pest Solutions, 1606 Momentum Drive, Chicago IL 60689-0001 |
| 27027577 | + | Gruppen, Ashley, 1953 W. 32nd Street, Holland MI 49423-4364 |
| 27027581 | + | HD Supply Facilities Maintenance, P.O. Box 509058, San Diego CA 92150-9058 |
| 27027590 | + | HPSI Purchasing Services, P.O. Box 9382, Wyoming MI 49509-0382 |
| 27027604 | | Hailey R. Kimball, 27777 Franklin Rd., Suite 2500, Southfield, MI 48034-8222 |
| 27027579 | + | Harbor House Publishing, 221 Water Street, Boyne City MI 49712-1801 |
| 27027580 | + | Haven Heating and Air Conditioning, 08600 M-140, South Haven MI 49090-1968 |

| | | |
|---|---|---|
| 27027582 | + | Health Care Association of Michigan, 7413 Westshire Drive, Lansing MI 48917-8660 |
| 26995112 | + | HealthTeq Services, 1110 Brickell Avenue, Suite 430, Miami, FL 33131-3152 |
| 27027584 | + | Heart Start Training Services, 5336 Azalea Street, Portage MI 49002-0424 |
| 27027585 | + | Heartfield, Vernitria, 848 Kalamazoo Street, South Haven MI 49090-1759 |
| 27027586 | + | Heaven Scent, 5001 Carmody Road, Coloma MI 49038-9787 |
| 27027587 | #+ | High Speed Capital LLC, 116 Nassau Street, Suite 804, New York NY 10038-2481 |
| 27027588 | + | Hobart Service Sales, 5775 East Cork Street, Kalamazoo MI 49048-9668 |
| 27027589 | + | Hospital Network Healthcare Services, 6212 American Avenue, Portage MI 49002-9302 |
| 27027591 | + | Huitt, Mikayla K., 68304 County Road 380, South Haven MI 49090-8709 |
| 27027592 | + | Hurn, Bryce C., 13656 Deercreek Drive, South Haven MI 49090-8482 |
| 27027594 | + | Infinisource Benefit Solutions, P.O. Box 889, Coldwater MI 49036-0889 |
| 27027597 | + | JCCS Solutions, 612 Main Street, Vermilion OH 44089-1047 |
| 27027595 | + | Jackson, Latrice M., 72300 Erika Way, #306, South Haven MI 49090-7122 |
| 27027596 | + | Jackson, Pearlie, 972 Colonial Drive, Benton Harbor MI 49022-2518 |
| 27071169 | + | Jacqueline Nicolas, Cole, Newton & Duran, 33762 Schoolcraft, Livonia, MI 48150-1506 |
| 27027598 | + | Jenlar Products, Inc., P.O. Box 2541, Warminster PA 18974-0055 |
| 27027599 | + | Jensen, Kay, 01231 County Road 681, Grand Junction MI 49056-9079 |
| 27027569 | | Jill M. Gies (UST), 211 W. Fort St., Suite 700, Detroit, MI 48226-3263 |
| 27027600 | + | Joerns Healthcare LLC, P.O. Box 933733, Atlanta GA 31193-3733 |
| 27027601 | + | John Marion Kim, DMD, PC, 3102 Niles Road, Saint Joseph MI 49085-8609 |
| 27027602 | #+ | K&L Transport, 1015 Agard, Benton Harbor MI 49022-4045 |
| 27027603 | + | KCI, 441 Wolf Ledges Parkway, Suite 203, Akron OH 44311-1038 |
| 27009751 | + | Karen S. Dailey, 444 N. 44th St. MC 999-2C, Phoenix AZ 85008-6523 |
| 27027605 | + | Kroehler, Yvonne R., 41365 30th Street, Paw Paw MI 49079-9482 |
| 27027606 | #+ | Lakeland Community Hospital, P.O. Box 27, Saint Joseph MI 49085-0027 |
| 27027607 | + | Lakeland Heart and Vascular, P.O. Box 410, Saint Joseph MI 49085-0410 |
| 27027608 | + | Lakeland Hospital at Niles, 1234 Napier Avenue, Saint Joseph MI 49085-2112 |
| 27027609 | + | Lakeshore Landscape & Design, P.O. Box 508, South Haven MI 49090-0508 |
| 27027610 | + | Lakeshore Plumbing & Septic, P.O. Box 642, South Haven MI 49090-0642 |
| 27027611 | + | Lambert, Richard G., 3750 67th Street, South Haven MI 49090-8340 |
| 27027612 | + | Langfords Refrigeration, 2482 54th Street, Fennville MI 49408-9583 |
| 27027613 | + | Life EMS, 1275 Cedar Street NE, Grand Rapids MI 49503-1353 |
| 27027614 | + | Little, Amber, 14 W. Bernard Street, Hartford MI 49057-1204 |
| 27027615 | + | Living Design Inc., 47015 SD Highway 44, Worthing SD 57077-5732 |
| 27027518 | | Lynn M. Brimer, 300 East Long Lake Road, Suite 200, Bloomfield Hills, MI 48304-2376 |
| 27027617 | + | Mall City Mechanical, 7184 Douglas Avenue, Kalamazoo MI 49009-5217 |
| 27094425 | + | Mall City Mechanical Inc., c/o Jeshua T. Lauka, David, Wierenga & L, 99 Monroe Ave., N.W., Suite 1210, Grand Rapids, MI 49503-2670 |
| 27027618 | + | Marshall, Darcie M., 2177 Ann Drive, Saint Joseph MI 49085-2705 |
| 27027619 | + | Matthew Barber, 4101 Broadway Street, Pekin IL 61554-9436 |
| 27027620 | + | McKesson Medical Surgical, P.O. Box 634404, Cincinnati OH 45263-4404 |
| 27027622 | + | Medica 1 Community Emergency Service, P.O. Box 1563, Benton Harbor MI 49023-1563 |
| 27027623 | + | Medical Diagnostics Services Inc., 4479 Pontiac Lake Road, Suite 1D, Waterford MI 48328-2058 |
| 27027624 | + | Medical Solutions LLC, 1010 N. 102nd Street, Suite 300, Omaha NE 68114-2122 |
| 27027625 | + | Medrano-Calderon, Maria Del-Carmen, 35921 66th Street, Bangor MI 49013-9639 |
| 27027626 | + | Menards, 125 73rd Street, South Haven MI 49090-7906 |
| 27027627 | + | Michael Schaeffer, 1917 Fruitwood Drive NW, Grand Rapids MI 49504-6008 |
| 27027628 | + | Michael Shotts, 7604 Red Arrow Hwy., Suite 174, Watervliet MI 49098-9007 |
| 27027630 | | Michigan Department, of Health and Human Services, PO Box 30754, Lansing MI 48909-8254 |
| 27027629 | + | Michigan Department, of Health and Human Services, 333 S. Grand Ave., PO Box 30195, Lansing MI 48909-7695 |
| 27018694 | + | Michigan Department of Health, and Human Services, c/o Brian K. McLaughlin, P.O. Box 30754, Lansing, MI 48909-8254 |
| 27097269 | + | Michigan Department of Labor & Economic Opportunit, Wage and Hour Division, P.O. Box 30476, Lansing, MI 48909-7976 |
| 27027632 | + | Middleton, Jamie, 75641 16th Avenue, #30, South Haven MI 49090-8461 |
| 27027633 | + | Midwest Food Equipment, 3310 Redmond Ave, Kalamazoo MI 49001-4889 |
| 27027634 | + | Miltech Inc., 3776 Division Avenue, Wayland MI 49348-9757 |
| 27027635 | + | Mobilex USA, P.O. Box 17462, Baltimore MD 21297-0518 |
| 27027636 | + | Moore, Judy K., 1415 Greenhouse Road, Bangor MI 49013-1079 |
| 27027637 | + | Morrison, Maureen, 219 66th Street, South Haven MI 49090-9519 |
| 27027639 | + | NexGen MDx, 801 Broadway Ave. NW Unit 203, Grand Rapids MI 49504-4463 |
| 26995113 | | Nicolas Guibert de Bruet, 421 S. Cranbrook Road, Birmingham, MI 48009-1591 |
| 27027640 | + | No-Spin Services, LLC, 62795 8th Avenue, South Haven MI 49090-9102 |
| 27027641 | | Norman Maly, DDS, 05055 Bluestar Highway, South Haven MI 49090 |
| 27027642 | + | Northview Health Specialists Medical, 3402 Jules Lillian Drive NE, Grand Rapids MI 49525-8620 |
| 26995114 | + | Omega Healthcare Investors, Inc., Alex Pirigyi, 303 International Circle, Ste. 200, Hunt Valley, MD 21030-1359 |

| | | |
|---|---|---|
| 27027643 | + | Omega Healthcare Investors, Inc., Chippewa Valley, LLC, Alex Pirigyi, 303 International Circle, Ste. 200, Cockeysville MD 21030-1359 |
| 27027644 | + | One America, P.O. Box 6123, Indianapolis IN 46206-6123 |
| 27027645 | #+ | One Staff Medical, 11718 Nicholas Street, Omaha NE 68154-4435 |
| 27059485 | + | Optima Healthcare Solutions, 40 26th Street, First Floor, Pittsburgh, PA 15203 |
| 27027672 | | Pamela S. Ritter, Strobl & Sharp, P.C., 300 East Long Lake Road, Suite 200, Bloomfield Hills, MI 48304-2376 |
| 27027648 | + | Pate, Stephanie, 509 Broadway Street, South Haven MI 49090-1422 |
| 27027578 | | Paul R. Hage, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |
| 27027649 | + | Paycor, 4811 Montgomery Road, Cincinnati OH 45212-2163 |
| 27027650 | + | Penny Kirby, 483 North West Street, Coloma MI 49038-9487 |
| 27027651 | + | Performance Health Supply, 28100 Torch Parkway, Suite 700, Warrenville IL 60555-4030 |
| 27027653 | + | Pitney Bowes, P.O. Box 371874, Pittsburgh PA 15250-7874 |
| 27027654 | #+ | Plummers Waste Group, 4750 Clyde Park Avenue SW, Suite A, Wyoming MI 49509-5160 |
| 27027655 | #+ | PointClickCare, 120 Corporate Woods, Ste. 250, Rochester NY 14623-1464 |
| 27027657 | + | Prewitt, Doretha, 1010 6th Avenue, South Haven MI 49090-2803 |
| 27027658 | + | PrideCare Ambulance, P.O. Box 2288, Kalamazoo MI 49003-2288 |
| 26995115 | + | Prifogle Group, LLC, 911 Hearthside Court, Brownsburg, IN 46112-1766 |
| 27027660 | + | Prim, Rhonda, 8940 Danneffel Road, Watervliet MI 49098-9514 |
| 27027661 | + | Priority Health, 3915 Momentum Place, Chicago IL 60689-3900 |
| 27029934 | + | Priority Health and Priority Health Insurance Co, c/o Elisabeth M. Von Eitzen, Warner Norcross + Judd LLP, 150 Ottawa Ave NW Suite 1500, Grand Rapids Michigan 49503-2832 |
| 27027662 | + | Professional Medical, Inc., P.O Box 1243, Bedford Park IL 60499-1243 |
| 27027663 | + | QCI Healthcare, 2805 Coit Avenue NE, Grand Rapids MI 49505-3385 |
| 27027664 | + | Quality Air, 41930 Joy Road, Plymouth MI 48170-4636 |
| 27027665 | + | Raday, Kathryn A., 75641 16th Avenue, South Haven MI 49090-9412 |
| 27027666 | + | Rawson, Rebecca, 57917 Territorial Road, Lawrence MI 49064-8709 |
| 27027667 | + | Redmon Heating and Cooling, 3736 28th Street SW, Grandville MI 49418-1315 |
| 27027668 | | Reed, Aileen B., 3201 Baseline Road, South Haven MI 49090 |
| 27027669 | + | Reliance Standard, P.O. Box 82510, Lincoln NE 68501-2510 |
| 27027670 | + | Republic Services, 2471 Wilshere Drive, Jenison MI 49428-9300 |
| 27027671 | + | Ricoh, P.O. Box 650016, Dallas TX 75265-0016 |
| 27027673 | + | Rogers, Nicki J., 69159 M-43, South Haven MI 49090-9713 |
| 27027674 | + | Rose Pest Control, P.O. Box 309, Troy MI 48099-0309 |
| 27027675 | + | Rupczynski, Louise E., 53693 28th Avenue, Bangor MI 49013-9576 |
| 27027686 | + | SLI Custom Signs & Apparel, 5981 Telegraph Road, Toledo OH 43612-4548 |
| 27027688 | + | SNF Receivable Solutions, LLC, P.O. Box 216, Thonotosassa FL 33592-0216 |
| 27027676 | + | Sarrett Nature Center, 2300 Benton Center Road, Benton Harbor MI 49022-9704 |
| 27027677 | + | Scott Robbins, 6885 Ravine Road, Kalamazoo MI 49009-9076 |
| 27027678 | + | Secure Care Systems, Inc., 6968 Engle Road, Cleveland OH 44130-3420 |
| 27027679 | + | Senior Vision Services, 10826 Old Mill Road, Suite 101, Omaha NE 68154-2660 |
| 27027680 | + | Sentimental Reflections, P.O. Box 14716, Cincinnati OH 45250-0716 |
| 27027681 | + | Serenity Aquarium & Aviary Services, 7260 Commerce Plaza Drive, Neenah WI 54956-9647 |
| 27027682 | + | Shivers, Teja-Nae S., 2088 E. Empire Avenue, Lot 219, Benton Harbor MI 49022-1720 |
| 27027683 | + | Shoreline Ortho & Sports Medicine Clinic, 370 N. 120th Avenue, Suite 20, Holland MI 49424-2196 |
| 27027684 | + | Sikes, Heaven R., 8940 Danneffel Road, Watervliet MI 49098-9514 |
| 27027685 | + | Silita Gist, 120 Baseline Road, South Haven MI 49090-1037 |
| 27027687 | + | Smith, Michelle L., 505 55th Street, Pullman MI 49450-9728 |
| 27027689 | + | South Haven Area Ambulance, P.O. Box 2122, Riverview MI 48193-1122 |
| 27027690 | + | South Haven Area Chamber of Commerce, 606 Phillips Street, South Haven MI 49090-1854 |
| 27027691 | + | Southeastern Equipment & Supply, 1919 Old Dunbar Road, West Columbia SC 29172-3918 |
| 27027694 | + | Spoon Man Inc., P.O. Box 53, Jenison MI 49429-0053 |
| 27027695 | + | Staples, P.O. Box 660409, Dallas TX 75266-0409 |
| 27027696 | | Staples, Inc., c/o Lawrence Snipes, 7 Technology Circle, Columbia, SC 29203-9591 |
| 27058768 | | State of Michigan, Department of Treasury, Dept. 77003, Detroit, MI 48277-0003 |
| 27027697 | | Steward, Nicole F., 76610 34th Avenue, Covert MI 49043 |
| 27027698 | + | TEED Heating and Cooling, 340 Washington Street, P.O. Box 390, Coloma MI 49038-0390 |
| 27027703 | + | TNT Home Services LLC, 09521 35th Street, Gobles MI 49055-9009 |
| 27027700 | + | The Rapid Group, LLC, P.O. Box 248, Grandville MI 49468-0248 |
| 27027701 | #+ | The Rose Shop, 764 Lagrange Street, South Haven MI 49090-1955 |
| 27027702 | + | The Strum Bums, 4040 Fikes Road, Benton Harbor MI 49022-9546 |
| 27027704 | + | Total Fire and Security, LLC, 5062 Kendrick Court SE, Grand Rapids MI 49512-9649 |
| 27027705 | | Tyrell and Natalie Peterson, 1278 Haverhill Drive, Plymouth MI 48170 |
| 27096734 | + | U.S. DOL FBO Graceway 401(k) Plan, 1885 Dixie Highway, Suite 210, Fort Wright, KY 41011-2697 |
| 27096768 | + | U.S. DOL FBO Graceway Group Health Plan, 1885 Dixie Highway, Suite 210, Fort Wright, KY 41011-2697 |

| | | |
|---|---|---|
| 27027706 | | U.S. Department of Labor obo Graceway Employ, 800 Monroe Ave NW Ste 315, Grand Rapids, MI 49503-1451 |
| 27027707 | + | United Healthcare Insurance Company, Attn: CDM/Bankruptcy, 185 Asylum Street - 03B, Hartford, CT 06103-3408 |
| 27027708 | + | Universal Printing Solutions, 10573 West Pico Boulevard, Suite 610, Los Angeles CA 90064-2333 |
| 27027709 | + | Utley, Brittany N., 22 1/2 S. Center Street, Hartford MI 49057-1104 |
| 27027711 | + | Ventura, Erika, 56560 M-43, Bangor MI 49013-9519 |
| 27027712 | + | Veronica Heartfield, 120 Baseline Road, South Haven MI 49090-1037 |
| 27027713 | + | Wolverine ACE Hardware, 530 Huron Street, South Haven MI 49090-1700 |
| 27027714 | + | Wolverine Power Systems, 3229 80th Avenue, Zeeland MI 49464-9583 |
| 27027715 | | Yancy, Jennifer J., 6119 Huron Street, Coloma MI 49038-9432 |
| 27188110 | + | c/o Patricia L. Hill, 7570 Bales St., Suite 220, Liberty Township, OH 45069-0004 |
| 27027616 | + | lodgeVision, S2634 County Hwy BD #1, Baraboo, WI 53913-9554 |

TOTAL: 239

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 14 2022 21:31:00 | Fifth Third Bank, National Association, 38 Fountain Square, Cincinnati, OH 45263-0001 |
| 27055914 | + | Email/Text: bknotice@stillmanlaw.com | Oct 14 2022 21:31:00 | Armstrong Nutrition Management, Inc., c/o Stillman Law Office, 30057 Orchard Lake Road, Suite 200, Farmington Hills, MI 48334, ( 48334-2265 |
| 27027513 | | Email/Text: BBUBankruptcy@grupobimbo.com | Oct 14 2022 21:30:00 | Bimbo Bakeries USA, ATTN: Tanisha Falana Sr Manager, Credit & Collection, 255 Business Center Dr, Horsham PA 19044-3424 |
| 27027536 | | Email/Text: BKRMailOps@weltman.com | Oct 14 2022 21:31:00 | CHS Therapy, LLC, c/o Weltman, Weinberg & Reis, Co., L.P.A, PO Box 93784, Cleveland, OH 44101-5784 |
| 27027527 | + | Email/Text: maryjane@canneys.com | Oct 14 2022 21:30:00 | Canney's Water Conditioning, 3712 Miller Road, Kalamazoo MI 49001-4637 |
| 27027541 | + | Email/Text: Bk@c2cfsi.com | Oct 14 2022 21:30:00 | Coast to Coast, 101 Hodencamp Road, Suite 120, Thousand Oaks CA 91360-5831 |
| 27027542 | + | Email/Text: documentfiling@lciinc.com | Oct 14 2022 21:30:00 | Comcast, P.O. Box 70219, Philadelphia PA 19176-0219 |
| 27027560 | + | Email/Text: G06041@att.com | Oct 14 2022 21:31:00 | DirecTV, P.O. Box 5006, Carol Stream IL 60197-5006 |
| 27027559 | + | Email/Text: Bankruptcy@directs.com | Oct 14 2022 21:30:00 | Direct Supply, P.O. Box 88201, Milwaukee WI 53288-8201 |
| 27027562 | + | Email/Text: bankruptcynotices@ecolab.com | Oct 14 2022 21:30:00 | EcoLab, P.O. Box 70343, Chicago IL 60673-0343 |
| 27058766 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 21:30:00 | Internal Revenue Service, SBSE/Insolvency Unit of the IRS, PO Box 330500-Stop 15, Detroit MI 48232 |
| 27059486 | | Email/Text: CustomerBankruptcy@joerns.com | Oct 14 2022 21:30:00 | Joerns Healthcare LLC, 2430 Whitehall Park Dr., Ste 100, Charlotte, NC 28273 |
| 27027631 | + | Email/Text: christopher.murphy1@wecenergygroup.com | Oct 14 2022 21:31:00 | Michigan Gas Utilities, P.O. Box 3140, Milwaukee WI 53201-3140 |
| 27027646 | + | Email/Text: accounting@optimahcs.com | Oct 14 2022 21:30:00 | Optima Healthcare Solutions, 4229 SW High Meadows Avenue, Palm City FL 34990-3702 |
| 27058767 | | Email/Text: UIA-Bankruptcy@michigan.gov | Oct 14 2022 21:30:00 | Michigan Unemployment, Insurance Agency, 3024 W. Grand Blvd, Detroit, MI 48202 |
| 27027693 | + | Email/Text: patientliabilitysupportteam@spectrumhealth.org | Oct 14 2022 21:30:00 | Spectrum Health Hospitals, P.O. Box 2127, Grand Rapids MI 49501-2127 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| cr | | Gordon Food Service, Inc. |
| cr | | Michigan Department of Licensing and Regulatory Af |
| cr | | Michigan Unemployment Insurance Agency |
| sp | | Peter Domas, CND Law |
| cr | | Priority Health |
| 27095724 | | Gordon Food Service, Inc. |
| cr | *+ | CHS Therapy LLC, c/o Weltman, Weinberg & Reis Co., L.P.A., 5000 Bradenton Avenue, Suite 100, Dublin, OH 43017-3574 |
| cr | *+ | Chippewa Valley, LLC, c/o Jaffe Raitt Heuer & Weiss, PC, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |
| cr | *+ | Michigan Department of Health and Human Services, PO Box 30754, Lansing, MI 48909-8254 |
| cr | *+ | Michigan Department of Labor & Economic Opportunit, Wage & Hour Division, P.O. Box 30476, Lansing, MI 48909-7976 |
| 27059487 | *+ | BankDirect Capital Finance, 150 N. field Dr. Ste 190, Lake Forest, IL 60045-2594 |
| 27027583 | *+ | HealthTeq Services, 1110 Brickell Avenue, Suite 430, Miami FL 33131-3152 |
| 27027659 | *+ | Prifogle Group, LLC, 911 Hearthside Court, Brownsburg IN 46112-1766 |
| 27027491 | ##+ | ADP, 330 E. Kilbourn Ave., Milwaukee WI 53202-3269 |
| 27027526 | ##+ | C.C. Communications Inc., 29577 Costello Drive, New Hudson MI 48165-9358 |
| 27027554 | ##+ | DeBest Inc., 107 72nd Street, South Haven MI 49090-9680 |
| 27027593 | ##+ | IDEMIA, 6840 Carothers Parkway, Suite 650, Franklin TN 37067-6666 |
| 27027647 | ##+ | Orbit Medical, 332 E. 3300 South, Suite 200, Salt Lake City UT 84115-4456 |
| 27027656 | ##+ | Prairie Farms, 126 Brady Road, Battle Creek MI 49037-5623 |
| 27027692 | ##+ | Southwestern MI Emergency Services, P.O. Box 808, Grand Rapids MI 49518-0808 |
| 27027699 | ##+ | Thatcher Computer Consulting, 4211 Okemos Road, Suite 15, Okemos MI 48864-3287 |

TOTAL: 7 Undeliverable, 7 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Kenneth McLaughlin | on behalf of Creditor Michigan Department of Health and Human Services mclaughlinb2@michigan.gov  wolfec1@michigan.gov |
| Cassandra Drysdale-Crown | on behalf of Creditor Michigan Department of Licensing and Regulatory Affairs (LARA) drysdalecrownc@michigan.gov |
| Charles M. Mouranie | cmouranie@cmmengllc.com  ccmm11@trustesolutions.net |
| Deborah L. Fish | on behalf of Health Care Ombudsman Deborah L. Fish dfish@allardfishpc.com |
| Deborah L. Fish | on behalf of Health Care Ombudsman Deborah Fish dfish@allardfishpc.com |

Elisabeth M. Von Eitzen
    on behalf of Creditor Priority Health evoneitzen@wnj.com  jnikodemski@wnj.com

Geoffrey J. Peters
    on behalf of Creditor CHS Therapy  LLC gpeters@weltman.com, ecfedm@weltman.com

Geoffrey J. Peters
    on behalf of Creditor CHS Therapy LLC gpeters@weltman.com  ecfedm@weltman.com

Hailey R. Kimball
    on behalf of Creditor Chippewa Valley  LLC hkimball@jaffelaw.com

Heather L. Donald
    on behalf of Creditor State of Michigan Department of Treasury donaldh@michigan.gov

Jill M. Gies (UST)
    on behalf of U.S. Trustee Andrew R. Vara jill.gies@usdoj.gov

John Cannizzaro
    on behalf of Creditor Gordon Food Service  Inc. john.cannizzaro@icemiller.com

John Postulka
    on behalf of Creditor United States of America (IRS) (HHS) john.postulka2@usdoj.gov
    Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;Caseview.ecf@usdoj.gov;Aida.Garmo@usdoj.gov

Kimberly Ross Clayson
    on behalf of Creditor Chippewa Valley  LLC kclayson@jaffelaw.com

Lynn M. Brimer
    on behalf of Debtor In Possession Silverside Senior Living  LLC lbrimer@strobllaw.com, tcleland@strobllaw.com

Lynn M. Brimer
    on behalf of Debtor In Possession Graceway South Haven  LLC lbrimer@strobllaw.com, tcleland@strobllaw.com

Lynn M. Brimer
    on behalf of Plaintiff Graceway South Haven  LLC lbrimer@strobllaw.com, tcleland@strobllaw.com

Mark H. Shapiro
    on behalf of Interested Party Mark H. Shapiro shapiro@steinbergshapiro.com  jbrown@steinbergshapiro.com

Pamela S. Ritter
    on behalf of Debtor In Possession Silverside Senior Living  LLC pritter@strobllaw.com, ngirardot@stroblpc.com

Pamela S. Ritter
    on behalf of Debtor In Possession Graceway South Haven  LLC pritter@strobllaw.com, ngirardot@stroblpc.com

Patricia L. Hill
    on behalf of Creditor Fifth Third Bank  National Association phill@graydon.law

Paul R. Hage
    on behalf of Creditor Chippewa Valley  LLC phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Peter T. Kotula
    on behalf of Creditor Michigan Unemployment Insurance Agency kotulap@michigan.gov  gerena@michigan.gov

Zachary A. Risk
    on behalf of Creditor Michigan Department of Labor & Economic Opportunity riskz1@michigan.gov  bridlemanJ@michigan.gov

Zachary A. Risk
    on behalf of Creditor Michigan Department of Labor and Economic Growth riskz1@michigan.gov  bridlemanJ@michigan.gov

TOTAL: 25