UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

    Debtor.

_____/

Case No. 21-44887-lsg
Chapter 11, Subchapter V
Hon. Lisa S. Gretchko

## STIPULATED ORDER FOR THE REMOVAL OF THE DEBTORS AS DEBTORS-IN-POSSESSION UNDER 11 U.S.C. § 1185(a)

This matter came before the Court upon the stipulation ("Stipulation"; ECF No. 306) among the Debtors, the Subchapter V Trustee, and the United States Trustee. On November 18, 2022, the Court held a hearing ("Hearing") on the Stipulation. Counsel for the Debtors, the Subchapter V Trustee, the United States Trustee, counsel for the United States, and counsel for Chippewa Valley, LLC appeared at the Hearing. The Court finds that the facts recited in the Stipulation together with the statements made at the Hearing establish cause for entry of this Order for removal of the Debtors as debtors-in-possession pursuant to 11 U.S.C. § 1185(a). The Court is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Debtors shall not remain in possession, and are removed under 11 U.S.C. § 1185(a).

**IT IS FURTHER ORDERED** that the provisions in the Stipulation pertaining to possession of the Debtors' assets are approved.

**Signed on November 18, 2022**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].