# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

Debtors.

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

---

## DEBTORS' VERIFIED SUMMARY OF BALLOT COUNT REGARDING SECOND AMENDED PLAN OF LIQUIDATION

Strobl Sharp PLLC, counsel for Silverside Senior Living, LLC ("Silverside") and Graceway South Haven, LLC ("Graceway") (collectively the "Debtors"), as Debtors, and proponents of the Debtors' Liquidating Plan (the "Plan") [ECF No. 300], submits this Verified Summary of Ballot Count pursuant to 11 U.S.C. §§ 1126 (c) and (d), and Local Bankruptcy Rule 3018-01(a) (E.D.M.):

1.    Group I consists of administrative claims of Debtors' professionals including Debtors' counsel, Debtors' accountants, Debtors' special healthcare counsel, the Health Care Ombudsman, and the Subchapter V Trustee, to be paid in full upon the entry of an order approving such fees or as funds become available. It

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

is unlikely that the administrative claimants will be paid in full as demonstrated by the projections attached to the Plan. Although not identified as impaired, two administrative claimants submitted ballots as follows: (1) CND Law Group, PLLC, with a claim in the amount of $22,111.50, voted to accept the Plan; and (2) Cole, Newton & Duran CPAs, with a claim in the amount of $45,331.00, voted to accept the Plan. A copy of the Group I ballots are attached as **Exhibit A**. This Group voted at accept the Plan.

2.     Group II consists of priority wage claims of the Debtors' former employees to be paid in full. Although not identified as impaired, the following Group II creditors voted:

   a. Michelle Smith, with a claim in the amount of $1,380.00, voted as a Class V creditor to reject the Plan. Ms. Smith has an acknowledged Group II claim in the amount of $1,380.00 which will be paid in full under the terms of the Plan.

   b. Louise Rupczynski, with a claim in the amount of $1,273.30, voted as a Class V creditor to reject the Plan. Ms. Rupczynski has an acknowledged Group II claim in the amount of $1,273.30 which will be paid in full under the terms of the Plan.

   c. Kay Jensen, with a claim in the amount of $1,064.00, voted as a Class V creditor to reject the Plan. Ms. Jensen has an acknowledged

Group II claim in the amount of $1,064.25 which will be paid in full under the terms of the Plan. Ms. Jensen's ballot was received after voting concluded and is included in this report for completeness purposes only.

    d. A copy of the Group II ballots are attached as **Exhibit B**.

3.      Class I consists of the secured claim of McKesson Corporation which did not submit a ballot in connection with its claim.

4.      Class II consists of the secured claim of High-Speed Capital, LLC which did not submit a ballot in connection with its claim.

5.      Class III consists of the secured claim of Chippewa Valley, LLC in the amount of $668,189.00. Chippewa Valley submitted a ballot rejecting the Plan. A copy of the ballot is attached as **Exhibit C**. This Class has voted to reject the Debtors' Plan.

6.      Class IV consists of the priority tax claims of the Internal Revenue Service, the State of Michigan Department of Treasury, the Unemployment Insurance Agency and the State of Michigan, Department of Health and Human Services. The Michigan Department of Health and Human Services with a priority tax claim in the amount of $1,059,598.09 submitted a ballot rejecting the Debtors' Plan. A copy of the Michigan Department of Health and Human Services ballot is attached as **Exhibit D**. No other Class IV creditor submitted a ballot regarding the

3

Debtors' Plan. The Class has voted to reject the Debtors' Plan.

7.    Class V consists of the pre-petition general unsecured non-priority claims against the Debtors.   One creditor, Biomedical Solutions, Inc., with a claim in the amount of $0.00, voted to accept the Plan. A copy of the Biomedical Solutions, Inc. ballot is attached as **Exhibit E**.    Seven (7) Class V creditors voted to reject the Plan as follows:  (i) Atrium Centers, Inc, with a claim in the amount of $233,860.18, voted to rejected the Debtors' Plan; (ii) Priority Health and Priority Health Insurance Company, with a claim in the amount of $200,828.30, voted to reject the Plan; (iii) Total Fire & Security, LLC, with a claim in the amount of $21,914.53, voted to reject the Plan; (iv) Edwina Joy Koehn-Herpst, with a claim in the amount of $5,821.00, voted to reject the Plan; (v) Darcie Marshall, with a claim in the amount of $5,000.00, voted to reject the Plan; (vi) CHS Therapy, LLC, with a claim in the amount of $335,004.20, voted to reject the Debtors' Plan;  (vii) Richard Glenn Lambert, with a claim in the amount of $2,500, voted to reject the Plan.  The Class V ballots rejecting the Debtors' Plan are attached as **Exhibit F**.  More than two-thirds of the voting creditors in this Class based on the value of the respective claims and more than one-half the numbers of votes submitted voted to reject the Debtors' Plan.  This Class has voted to reject the Plan.

8.    All voting concluded on November 21, 2022.  Class III, Class IV and Class V voted to reject the Debtors' Plan.  The Group I creditors voted to accept the

Debtors' Plan.  No class identified as impaired in the Debtors' Plan has voted to accept the Plan.

**STROBL SHARP PLLC**

*/s/ Lynn M. Brimer*
LYNN M. BRIMER (P43291)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Phone: (248) 540-2300
Fax: (248) 645-2690
Attorneys for Debtors and Debtors in
Possession
lbrimer@strobllaw.com

Date: November 28, 2022

*S&B\85370\002\BANKRUPT\SB803168.DOCX

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,
LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ _22, 111. 50_ .

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts ___X___          Rejects _____

the Plan proposed by the Debtors.

Check One:

Group I  X

| | |
|---|---|
| Class I _____ | Class IV _____ |
| Class II _____ | Class V _____ |
| Class III _____ | Class VI _____ |

COMPANY:                    INDIVIDUAL:

_CND Law Group PLLC_          _____

Company Name (Please Print)    Print Name of Creditor

By: _signature_              _____

                            Signature

Its: _Member_

Address:                     Address:

_33762 Schoolcraft Rd_        _____

_Livonia, MI 48150_           _____

_____   _____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
|---|---|
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,**
**LLC, et al.,** [1]

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Debtors.

_____/

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $45,331.00 .

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts ____X____        Rejects _____

the Plan proposed by the Debtors.

Check One:
Group I ___X___
Class I _____          Class IV _____
Class II _____         Class V _____
Class III _____        Class VI _____

COMPANY:                     INDIVIDUAL:
Cole, Newton & Duran CPAs    _____
Company Name (Please Print)  Print Name of Creditor

By: _Jacky Nicolas_          _____
Its: _Partner_               Signature

Address:                     Address:

_33762 school craft Rd_      _____

_Livonia MI  48150_          _____

_____        _____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |
| --- | --- |

*S&B\85370\002\PLDG\SB797854.DOCX

2

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re

**SILVERSIDE SENIOR LIVING,**
**LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $_____.

**[Ballot Continued on Reverse Side]**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____          Rejects _____

the Plan proposed by the Debtors.

Check One:

Class I _____          Class IV _____
Class II _____          Class V _____
Class III _____          Class VI _____

COMPANY:                    INDIVIDUAL:
_____     Michelle L Smith
Company Name (Please Print)  Print Name of Creditor

By: _____  Michelle L Smith
Its: __$1,380 owed to me__   Signature

Address:                    Address: (Now)
_____     36 Grove St.
_____     Sparta MI. 49345
_____     ( was 505 55th St.
                              Pullman MI. 49450)

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE
NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,**
**LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## <u>BALLOT FOR ACCEPTING OR REJECTING PLAN</u>

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ _1273.30_ .

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____          Rejects _____✓_____

the Plan proposed by the Debtors.

Check One:

Class I  _____          Class IV  _____
Class II  _____          Class V  ___✓_____
Class III  _____          Class VI  _____

COMPANY:                    INDIVIDUAL:

_____       _Louise  Rupczynski_
Company Name (Please Print)  Print Name of Creditor

By: _____       _Louise  Rupczynski_
                            Signature
Its: _____

Address:                    Address:

_____       _Louise  Rupczynski_

_____       _53693  28th Ave._

_____       _Bangor, Mi. 49013_

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |
| --- | --- |

*S&B\85370\002\PLDG\SB797854.DOCX

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Debtors.

Jointly Administered

_____/

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300]  You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.  To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ 1064.00 .

**[Ballot Continued on Reverse Side]**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____          Rejects ____X____

the Plan proposed by the Debtors.

Check One:

Class I  _____          Class IV _____
Class II _____          Class V  __X__
Class III _____         Class VI _____

COMPANY:                    INDIVIDUAL: _Kay Jensen_
_____   
Company Name (Please Print) Print Name of Creditor

By: _____   _Kay Jensen_
                            Signature
Its:_____

Address:                    Address:

_____   _01231 CR 681_

_____   _Grand Junction_

_____   _MI  49056_

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE
NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Debtors.

_____/

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ 663,189.00 .

**[Ballot Continued on Reverse Side]**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____          Rejects ____X_____

the Plan proposed by the Debtors.

Check One:

Class I _____          Class IV _____
Class II _____          Class V _____
Class III ___X___          Class VI _____

COMPANY:                    INDIVIDUAL:
Chippewa Valley, LLC          _____
Company Name (Please Print)    Print Name of Creditor

By: Paul R. Hage          _____

Its: Attorney          Signature

Address:                    Address:

Jaffe Raitt Heuer + Weiss, P.C.          _____

27777 Franklin, Ste. 2500          _____

Southfield, MI 48034          _____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE
NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

2

# EXHIBIT D



## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,**
**LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $1,059,598.90 (QAA)

**[Ballot Continued on Reverse Side]**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____          Rejects ___X___

the Plan proposed by the Debtors.

Check One:

| | | | |
|---|---|---|---|
| Class I | _____ | Class IV | ✓ |
| Class II | _____ | Class V | _____ |
| Class III | _____ | Class VI | _____ |

COMPANY:                           INDIVIDUAL:

_Michigan Department of_           _____
Company Name (Please Print)        Print Name of Creditor
_Health and Human Services_

By: _[signature]_                  _____
                                   Signature
Its: _Brian McLaughlin_
_Assistant Attorney General_
Address:                           Address:

_Michigan Department of Attorney General_    _____

_PO Box 30754_                     _____

_Lansing, MI 48909_                _____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| | |
|---|---|
| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |

*S&B\85370\002\PLDG\SB797854.DOCX

2

# EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ *O* _____.

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____✓_____           Rejects _____

the Plan proposed by the Debtors.

Check One:

Class I    _____          Class IV  _____
Class II   _____          Class V   _____
Class III  _____          Class VI  _____

COMPANY:                       INDIVIDUAL:
*Biomedical Solutions Inc*
Company Name (Please Print)     _____
                                Print Name of Creditor

By: *Kevin Blumberg*            _____*Kevin Blumberg*_____
                                Signature

Its: *owner*

Address:                        Address:

*318 W. Wright Ave*             _____

*Shepherd MI 48883*             _____

_____       _____


**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

# EXHIBIT F

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,
LLC, et al.,** [1]

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Debtors.

Jointly Administered

_____/

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ 233,860.18         .

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____          Rejects ____X____

the Plan proposed by the Debtors.

Check One:

Class I    _____          Class IV   _____
Class II   _____          Class V   _X_____
Class III  _____          Class VI   _____

COMPANY:                     INDIVIDUAL:
Atrium Centers, Inc
Company Name (Please Print)      Print Name of Creditor

By: _____ (Susan Albright-Ross)     _____
                              Signature
Its: _Chief Operating Officer_____

Address:                     Address:

2550 Corporate Exchange Drive, Suite 200     _____

Columbus, Ohio 43231         _____

_____             _____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,
LLC, et al.,**

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300]  You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.  To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $200,828.30.

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____          Rejects _____X_____

the Plan proposed by the Debtors.

Check One:

Class I _____          Class IV _____
Class II _____         Class V ___X_____
Class III _____        Class VI _____

COMPANY:                   INDIVIDUAL:

Priority Health and Priority Health    _____
Insurance Company                      Print Name of Creditor
Company Name (Please Print)

By: Jeremy S Brieve _____          _____
                                       Signature

Its: Senior Counsel _____          
                                       Address:
Address:

1231 East Beltline Ave NE, MS          _____
1340, Grand Rapids MI 49525
                                       _____
_____
                                       _____


**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022**:

| | |
|---|---|
| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |

*S&B\85370\002\PLDG\SB797854.DOCX

Signature: _Jeremy S Brieve_
Jeremy S Brieve (Nov 4, 2022 12:54 EDT)

Email: jeremy.brieve@priorityhealth.com

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ _21,914.53_

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____       Rejects _____✓_____

the Plan proposed by the Debtors.

Check One:

Class I  _____        Class IV  _____
Class II  _____       Class V  __✓____
Class III  _____      Class VI  _____

COMPANY:                         INDIVIDUAL:

_Total Fire & Security, LLC_     _____
Company Name (Please Print)      Print Name of Creditor

By: _Paul Schmidt_               _____
                                 Signature
Its: _CFO_

Address:                         Address:

_5385 Patterson Ave, SE_         _____

_Suite C_                        _____

_Grand Rapids, MI 49512_         _____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |

*S&B\85370\002\PLDG\SB797854.DOCX

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,
LLC, et al.,** [1]

Debtors.

_____/

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ 5,821.00 .

+ Medical       **[Ballot Continued on Reverse Side]**
   equipment
_____

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

7641

**(Check One Only)**

Accepts _____          Rejects ___X___

the Plan proposed by the Debtors.

Check One:

Class I  _____          Class IV  _____
Class II _____          Class V   ___X___
Class III _____         Class VI  _____

COMPANY:                      INDIVIDUAL:
_____       Edwina Joy Koehn-Herpst
Company Name (Please Print)   Print Name of Creditor

By: _____       _E J K-Herpst_
                              Signature
Its: _____

Address:                      Address:

_____       4472 106th Avenue

_____       Allegan MI

_____       49010-9332

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER | The Ballot may also be emailed to: |
| Strobl Sharp PLLC | lbrimer@strobllaw.com |
| 300 East Long Lake Road, Suite 200 | |
| Bloomfield Hills, MI 48304-2376 | |

*S&B\85370\002\PLDG\SB797854.DOCX

Ms. Edwina Koehn-Herpst
4472A 106th Ave.
Allegan, MI 49010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

Debtors.

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Jointly Administered

_____/

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $ 5,000.00.

### [Ballot Continued on Reverse Side]

_____

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts _____ Rejects ___X____

the Plan proposed by the Debtors.

Check One:

Class I _____          Class IV _____
Class II _____         Class V ____X____
Class III _____        Class VI _____

COMPANY:                     INDIVIDUAL:
_____        Darcie Marshall
Company Name (Please Print)  Print Name of Creditor

By: _____        Darcie Marshall
                             Signature

Its: _____        New

Address:                     Address:
_____        3230 Winnings Lane
_____        Carmel, In 46074
_____        317-513-4670
_____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| | |
|---|---|
| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |

*S&B\85370\002\PLDG\SB797854.DOCX

2

Official Form 314 (02/20)

WWR# 040756325

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: Silverside Senior Living, LLC [1]
    fka ACM Senior Living, LLC

               *Debtor In Possession.*

_____/

Case No. 21-44887-lsg
Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

## Class V: Ballot for Accepting or Rejecting Plan of Reorganization

Silverside Senior Living, LLC ("Debtors") filed a plan of reorganization dated <u>October 14, 2022</u>, as amended (the Plan) for the Debtor in this case. The Court has [conditionally] approved a disclosure statement with respect to the Plan (the *Disclosure Statement*). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Lynn M. Brimer or Pamela S. Ritter, 300 East Long Lake Road, Suite 200, Bloomfield Hills, MI 48304-2376, phone: 248-540-2300, email: lbrimer@strobllaw.com ("Debtor's Attorney").

{Court approval of the disclosure statement does not indicate approval of the Plan by the Court.}

**You should review {the Disclosure Statement and} the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your [claim] [equity interest] has been placed in class V under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Debtor's Attorney on or before <u>November 21, 2022</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

[At this point the ballot should provide for voting by the particular class of creditors or equity holders receiving the ballot using one of the following alternatives;]

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]

The undersigned, the holder of a Class V claim against the Debtor in the unpaid amount of Dollars ($335,004.20) for Unsecured Debt owed on Judgment.

[or, if the voter is the holder of a bond, debenture, or other debt security:]

The undersigned, the holder of a Class V claim against the Debtor, consisting of Dollars ($    ) principal amount of [ ] of the Debtor (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

[or, if the voter is the holder of an equity interest:]

The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of <u>0</u> shares or other interests of [describe equity interest] in the Debtor.

[1] *[Silverside Senior Living, LLC is Jointly Administered case with Graceway South Haven, LLC, Bankruptcy Case No. 21-44888-lsg]*

21-44887-lsg   Doc 387   Filed 11/14/22   Entered 11/14/22 18:55:15   Page 38 of 41

[In each case, the following language should be included:]


Check one box only

☐ **Accepts the plan**

☒ **Rejects the plan**


Dated:                     <u>November 3, 2022</u>


Print or type name:    <u>Geoffrey J. Peters (OH 0063502)</u>


Signature:         <u>/s/ Geoffrey J. Peters_____</u>   Title: <u>Attorney for Creditor,</u>
                                                           <u>CHS Therapy, LLC</u>


Address:            <u>5000 Bradenton Ave, Suite 100</u>
                    <u>Dublin, OH 43017_____</u>


**Return this ballot to:**

Lynn M. Brimer
Attorney for Debtor In Possession
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

or by email to lbrimer@strobllaw.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING,**
**LLC, et al.,** [1]

Case No. 21-44887
Chapter 11
Hon. Lisa S. Gretchko

Debtors.

_____/

Jointly Administered

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On October 14, 2022, the Debtors filed Debtors' Second Amended Plan of Liquidation (the "Plan"). [ECF No. 300] You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtors and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a claim in the unpaid principal amount of $2500.00 .

### [Ballot Continued on Reverse Side]

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

**(Check One Only)**

Accepts ___X___          Rejects _____

the Plan proposed by the Debtors.

Check One:

Class I ___X___          Class IV _____
Class II _____        Class V _____
Class III _____       Class VI _____

COMPANY:                  INDIVIDUAL:
                          _Richard Glenn Lambert_
_____  Print Name of Creditor
Company Name (Please Print)

By: _____  _Richard Glenn Lambert_
                          Signature
Its:_____

Address:                  Address:

_____  _3750 67th St._____

_____  _South Haven, Mich_____

_____  _____49090_____

**PLEASE RETURN THIS BALLOT TO BE RECEIVED ON OR BEFORE NOVEMBER 21, 2022:**

| LYNN M. BRIMER<br>Strobl Sharp PLLC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 | The Ballot may also be emailed to:<br>lbrimer@strobllaw.com |
|---|---|

*S&B\85370\002\PLDG\SB797854.DOCX