UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

      Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

---

# REVISED EXHIBIT F

# DEBTORS' SECOND AMENDED PLAN OF LIQUIDATION

Respectfully submitted,

**STROBL SHARP PLLC**

    */s/ Lynn M. Brimer*
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690
Email:    lbrimer@strobllaw.com
              pritter@strobllaw.com
Attorneys for Debtors

Date: December 1, 2022

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

# EXHIBIT F
# PROJECTIONS

| | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Collections** | | | | | | |
|   Preference Recovries | $ 90,951.83 | | | | | $ 90,951.83 |
|   AR Recoveries | $ 48,114.31 | | | | | $ 48,114.31 |
|   Insurance Settlements | | | | | | |
|     Aetna | | | $ 23,585.00 | | | $ 23,585.00 |
|     Blue Cross Blue Shield | $ 18,196.96 | | $ 27,903.41 | | | $ 46,100.37 |
|     Meridian | | | $ 12,989.85 | | | $ 12,989.85 |
|     Priority Health | $ 63,600.00 | | | | | $ 63,600.00 |
|   Refundable ERC | | | | | | |
|     4Q2020 | | | | $ 240,207.34 | | $ 240,207.34 |
|     1Q2021 | | | | $ 235,596.55 | | $ 235,596.55 |
|     2Q2021 | | | | $ 156,947.58 | | $ 156,947.58 |
| | $ 220,863.10 | $ - | $ 64,478.26 | $ 632,751.47 | $ - | $ 918,092.83 |
| | | | | | | |
| Costs of AR Collections (15%) - private pay, BCBS, Meridian ($68,746.22) | | | | | $ 10,311.33 | |
|   Paid Admin Expenses | | | | | $ 6,994.03 | |
|   Fischer Withdrawals | | | | | $ 27,944.86 | |
|   Winddown Fees | | | | | $ 10,000.00 | |
| | | | | | $ 55,250.22 | |
| | | | | | | |
| **Net Funds Available for Creditors** | $ 220,863.10 | $ - | $ 64,478.26 | $ 632,751.47 | $ (27,305.36) | $ 862,842.61 |

**DISTRIBUTIONS** (all distributions are subject to reduction in the event of successful surcharge claims)

| | A/R Dist. | ERC Dist. | Total |
|---|---:|---:|---:|
| **SECURED CLAIMS** | | | |
|   McKesson | $ 32,073.28 | | $ 32,073.28 |
|   High Speed | | | $ - |
|   Chippewa Valley | $ 103,407.54 | $ 105,154.00 | $ 208,561.54 |
| **Total Distribution to Secured Creditors** | $ 135,480.82 | | $ 240,634.82 |
| | | | |
| Settlement Payment to Chippewa Valley | | | $ 91,438.46 |
| | | | |
| **Estimated Administrative Expenses** | | Surcharge/Carveout | |
|   Cole Newton & Duran CPAs (less surcharge payments) | $ 1,609.18 | $ 38,630.00 | $ 40,239.18 |
|   CND Law | $ 10,350.28 | | $ 10,350.28 |
|   Subchapter V Trustee | $ 3,412.18 | | $ 3,412.18 |
|   Patient Care Ombudsman | $ 847.13 | | $ 847.13 |
|   Strobl Sharp PLLC | $ 40,946.16 | $ 109,965.34 | $ 150,911.50 |
|   Chippewa Valley | | | |
|   Gordon Foods | $ 6,219.58 | | $ 6,219.58 |
| **Total Administrative Claims Paid** | $ 63,384.51 | | $ 211,979.85 |
| | | | |
| **Priority claims** | | | |
|   Total Available: | 318,788.61 | | |
|   Employee claims | | $ 82,595.47 | $ 82,595.47 |
|   Internal Revenue Service - ERC Recovery | | $ 236,193.14 | $ 236,193.14 |
| | | | $ 318,788.61 |
| | | | |
| **TOTAL CREDITOR DISTRIBUTIONS** | | | $ 862,841.74 |

**ADMINISTRATIVE EXPENSE DISTRIBUTIONS**

| AVAILABLE FUNDS | | Total | Carveouts | Total Available for Claims |
|---|---|---|---|---|
| Collected Preference Recoveries | | $ 90,951.83 | $ 22,737.96 | $ 68,213.87 |
| ERC Carveout | | $ 208,807.98 | $77,260.00 | $ 131,547.98 |
|    4Q2020 carveout | $ 79,268.42 | | | |
|    1Q2021 carveout | $ 77,746.86 | | | |
|    2Q2021 carveout | $ 51,792.70 | | | |
| Total Available Funds | | | | $ 199,761.85 |

**Administrative Expenses and withdrawals paid during administration of case**

| | | |
|---|---|---|
| Bank Fees | $ 32.03 | |
| Record Retention | $ 6,962.00 | |
| Tony Fischer | $ 27,944.86 | |
| | $ 34,938.89 | |

| | | |
|---|---|---|
| **Post Confirmation Winddown Fees** | $10,000.00 | |
| **Total Deductions to Available Funds** | $ 44,938.89 | |

| | | |
|---|---|---|
| **Net Available for Creditors** | | $ 154,822.96 |
| Less settlement payment to Chippewa Valley ($300,000-$208,561.54) | | $ 91,438.46 |
| | | $ 63,384.50 |

**DISTRIBUTIONS**

Estimated Administrative Expenses

| | | | |
|---|---|---|---|
| Cole Newton & Duran CPAs (less surcharge/carveout payments) | $ 3,537.00 | 3% | $ 1,609.18 |
| CND Law | $ 22,750.00 | 16% | $ 10,350.28 |
| Subchapter V Trustee | $ 7,500.00 | 5% | $ 3,412.18 |
| Patient Care Ombudsman | $ 1,862.00 | 1% | $ 847.13 |
| Strobl Sharp (less surcharge/carveout payments) Fees and Costs | $ 90,000.00 | 65% | $ 40,946.16 |
| Chippewa Valley | | 0% | |
| Gordon Foods | $ 13,670.68 | 10% | $ 6,219.58 |
| | $ 139,319.68 | 100% | $ 63,384.50 |

**SURCHARGE/CARVEOUT ANALYSIS**

**I. Accounts Receivable**

Total AR Collections - $194,389.53
Strobl Sharp - 25% of Collections          $   48,597.38

**II. Predference Recoveries**

Total Preference Recoveries - $90,951.83
Stobl Sharp - 25% of Recoveries            $   22,737.96

**III. ERC Refunds Released for Admin Expenses**

| | | |
|---|---|---|
| 4Q2020 | $ | 240,207.34 |
| 1Q2021 | $ | 235,596.55 |
| 2Q2021 | $ | 156,947.58 |
| | $ | 632,751.47 |

**33% of $632,751.47 equals $208,807.99**

Strobl Sharp - 18.5% of Funds released to estate          $   38,630.00

CND Accounting -18.5% of Funds released to estate         $   38,630.00

$        77,260.00

**IV. Total Surcharges and Carveouts**
              **Strobl Sharp PLLC:**         $       109,965.34
              **CND Accounting**             $        38,630.00

## DISTRIBUTION ON SECURED CLAIMS FROM ACCOUNTS RECEIVABLE

**COLLECTION ON ACCOUNTS RECEIVABLE**

| | |
|---|---:|
| AR Recoveries | $ 48,114.31 |
| Insurance Settlements | |
|     Aetna | $ 23,585.00 |
|     Blue Cross Blue Shield | $46,100.37 |
|     Meridian | $ 12,989.85 |
|     Priority Health | $ 63,600.00 |
| **TOTAL COLLECTED:** | $ 194,389.53 |

**AVAILABLE FUNDS**

| | | |
|---|---:|---:|
| Total Collected Accounts | | $ 194,389.53 |
| Less: | | |
| 15% Collection Costs | $ 10,311.33 | |
| Surcharge for Strobl Sharp | $ 48,597.38 | |
| | | $ 58,908.71 |
| **Funds Available for Secured Claims** | | $ 135,480.82 |

Creditor equal share of surcharge and collection costs - $19,636.24

**Secured Creditor claims**

|                  | Claim Amount   | Claim after application of Surcharge and Collection Costs |
|------------------|---------------:|---------------:|
| **McKesson**        | $ 51,709.52    | $ 32,073.28    |
| **High Speed**      | $ 14,000.00    |                |
| **Chippewa Valley** | $ 668,189.00   | $ 648,552.76   |
|                  | $ 733,898.52   | $ 680,626.04   |

**Distributions**

|                  |                |
|------------------|---------------:|
| **McKesson**        | $ 32,073.28    |
| **High Speed**      | $ -            |
| **Chippewa Valley** | $ 103,407.54   |
|                  | $ 135,480.82   |

**Accounts Receivable**

| | |
|---|---|
| **Spectrum Health** | $ 21,213.52 |
| **Hospice Care of S.E. Michigan** | $ 11,826.08 |
| **Curo Hospice** | $ 5,358.79 |
| **One america** | $ 59.32 |
| **Private Pay** | $ 9,656.60 |
| | $ 48,114.31 |