UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 21-44887

**SILVERSIDE SENIOR LIVING, LLC, et al.,**[1]

Chapter 11
Hon. Lisa S. Gretchko

Debtors.  Jointly Administered

## AMENDED SOURCE AND USE OF FUNDS

Silverside Senior Living, LLC ("Silverside") and Graceway South Haven, LLC ("Graceway") (collectively, the "Debtors"), as Debtors, by and through their attorneys, Strobl PLLC, submits the attached Amended Source and Use of Funds and states the following:

1. The Source and Use of Funds filed on February 24, 2023 (at ECF No. 340) has been amended to reflect the following:

    a. The reclassification of High Speed Capital LLC's Claim in the amount of $14,000.00 from a secured claim to a general unsecured claim (at ECF No. 62 in Case No. 21-44888-lsg) and has been

---

[1] The Debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

redistributed based upon the agreed pro-rata sharing of the available funds to the administrative creditors; and

b. A carve out from the McKesson Medical-Surgical Minnesota Supply, Inc.'s secured claim in the amount of $12,500.00 has been redistributed to Strobl PLLC, subject to entry of this Court's order.

**STROBL PLLC**

/s/ Lynn M. Brimer
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
ANTHONY M. CIMINI (P86223)
33 Bloomfield Hills Parkway, Ste. 125
Bloomfield Hills, MI 48304
(248) 540-2300; fax (248) 645-2690
lbrimer@strobllaw.com
pritter@strobllaw.com
acimini@strobllaw.com
Attorneys for Debtors and
Debtors-in-Possession

Dated: May 18, 2023

SILVERSIDE SENIOR LIVING, LLC
AMENDED SOURCE AND USE OF FUNDS

| SOURCE OF FUNDS | Preference Recovery | Account Receivables/High Speed reclassification | Account Receivables | 4Q2020 ERC | 1Q2021 ERC | 2Q2021 ERC | Total |
|---|---|---|---|---|---|---|---|
| Total | $ 90,951.83 | $ 14,000.00 | $ 180,389.53 | $ 240,207.34 | $ 235,596.55 | $ 156,947.58 | $ 918,092.83 |
| **DISTRIBUTIONS** | | | | | | | |
| Varipro (A/R Billing Company) | | | $ 10,311.33 | | | | $ 10,311.33 |
| Medical Storage | $ 6,962.00 | | | | | | $ 6,962.00 |
| Fischer Withdrawals | $ 35,444.86 | | | | | | $ 35,444.86 |
| Winddown Fees | | | | | | $ 10,000.00 | $ 10,000.00 |
| Bank Fees | | | | $ 32.03 | | | $ 32.03 |
| | | | | | | | $ - |
| McKesson Medical | | | $ 51,709.52 | | | | $ 51,709.52 |
| McKesson Medical Carveout | | | $ (12,500.00) | | | | $ (12,500.00) |
| High Speed Capital, LLC (Reclassified) | | | | | | | $ - |
| Chippewa Valley LLC | $ 25,807.01 | | $ 88,776.51 | $ 24,869.26 | $ 44,816.74 | $ 105,154.88 | $ 289,424.40 |
| Chippewa Valley LLC (Fischer wages) | | | | $ 10,575.60 | | | $ 10,575.60 |
| Cole Newton & Duran CPA -Carveout | | | | $ 38,630.00 | | | $ 38,630.00 |
| Cole Newton & Duran CPA | | $ 355.43 | | | $ 1,322.55 | | $ 1,677.98 |
| CND Law | | $ 2,286.11 | | $ 8,506.65 | | | $ 10,792.76 |
| Subchapter V Trustee | | $ 753.66 | | $ 2,804.39 | | | $ 3,558.05 |
| Patient Care Ombudsman | | $ 187.11 | | $ 696.24 | | | $ 883.35 |
| Strobl PLLC - Carveouts | $ 22,737.96 | | $ 29,592.17 | | $ 1,949.02 | $ 36,680.98 | $ 90,960.13 |
| Strobl PLLC - Carveouts/McKesson | | | $ 12,500.00 | | | | $ 12,500.00 |
| Strobl PLLC | | $ 9,043.94 | | $ 3,761.88 | $ 29,890.80 | | $ 42,696.62 |
| Gordon Foods | | $ 1,373.75 | | | | $ 5,111.72 | $ 6,485.47 |
| Employee Claims | | | | $ 93,171.07 | | | $ 93,171.07 |
| Fischer Wages | | | | $ (10,575.60) | | | $ (10,575.60) |
| ERISA/DOL Claims | | | | $ 13,485.07 | | | $ 13,485.07 |
| IRS | | | | $ 54,282.78 | $ 157,585.41 | | $ 211,868.19 |
| TOTAL: | $ 90,951.83 | $ 14,000.00 | $ 180,389.53 | $ 240,207.34 | $ 235,596.55 | $ 156,947.58 | $ 918,092.83 |