UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

SILVERSIDE SENIOR LIVING,
LLC, et al.,[1]

Debtors.

Case No. 21-44887

Chapter 11
Hon. Lisa S. Gretchko
Jointly Administered

**COVER SHEET FOR TRANSMITTAL OF
POST-CONFIRMATION REPORT**

**GRACEWAY SOUTH HAVEN, LLC
(CASE NO. 21-44888-lsg)**

**FOR THE PERIOD ENDING APRIL 30, 2023**

---

[1] The debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 21-44888-lsg
**Graceway South Haven, LLC,**               Chapter 11
                                                                Hon. Lisa S. Gretchko

        Debtor.

## POST CONFIRMATION REPORT

This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: **Office of the United States Trustee, 211 West Fort Street – Suite 700, Detroit, MI 48226** by no later than the 20th day of each month.

For the Month Of: April 2023                      Confirmation Date: March 15, 2023

| PLAN PAYMENTS MADE DURING THE MONTH: | MONTHLY TOTALS |
|---|---|
| Administrative Expenses: | $ - |
| Secured Creditors: | $ - |
| Priority Creditors: | $ - |
| Unsecured Creditors: | $ - |
| Total Plan Payments | $ - |

| CASH FLOW REPORT: | |
|---|---|
| Total Receipts | $ - |
| Total Disbursments made including plan payments | $ - |
| Net (Total Receipts minus Total Disbursements) | $0.00 |

*United States Trustee Quarterly Fees are payable until a Chapter 11 case has been converted or dismissed or until the case is closed by the Court.*

This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

                                                                Liquidated Debtor:

                                            By:           /s/ Charles M. Mouranie

                                            Title:          Plan Administrator