UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Case No. 21-44887

**SILVERSIDE SENIOR LIVING,**                    Chapter 11
**LLC, et al.,**[1]                                Hon. Lisa S. Gretchko

      Debtors.                                 Jointly Administered

---

## SECOND AMENDED SOURCE AND USE OF FUNDS

Silverside Senior Living, LLC ("Silverside") and Graceway South Haven, LLC ("Graceway") (collectively, the "Debtors"), as Debtors, by and through their attorneys, Strobl PLLC, submits the attached Second Amended Source and Use of Funds and states the following:

1. The Amended Source and Use of Funds filed on May 18, 2023 (at ECF No. 394) has been amended to reflect the following:

    a. Interest pursuant to 26 U.S. Code §6621 in the amount of $39,893.45 has been distributed to Debtor in connection with its Employee Retention Tax Credits refund and has been distributed

---

[1] The Debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are Silverside Senior Living, LLC (2357) [Case No. 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No. 21-44888-lsg].

*S&B\85370\002\BANKRUPT\SB826206.DOCX

based upon the agreed pro-rata sharing of the available funds to the administrative creditors.

STROBL PLLC

/s/ Lynn M. Brimer
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
33 Bloomfield Hills Parkway, Ste. 125
Bloomfield Hills, MI 48304
(248) 540-2300; fax (248) 645-2690
lbrimer@strobllaw.com
pritter@strobllaw.com
Attorneys for Debtors and
Debtors-in-Possession

Dated:	June 15, 2023

SILVERSIDE SENIOR LIVING, LLC
SECOND AMENDED SOURCE AND USE OF FUNDS

| SOURCE OF FUNDS | Preference Recovery | Interest Recovery | Account Receivables/High Speed reclassification | Account Receivables | 4Q2020 ERC | 1Q2021 ERC | 2Q2021 ERC | Total |
|---|---|---|---|---|---|---|---|---|
| Total | $ 90,951.83 | $ 36,893.45 | $ 14,000.00 | $ 180,389.53 | $ 240,207.34 | $ 235,596.55 | $ 156,947.58 | $ 954,986.28 |
| **DISTRIBUTIONS** | | | | | | | | |
| Varipro (A/R Billing Company) | | | | $ 10,311.33 | | | | $ 10,311.33 |
| Medical Storage | $ 6,962.00 | | | | | | | $ 6,962.00 |
| Fischer Withdrawals | $ 35,444.86 | | | | | | | $ 35,444.86 |
| Windown Fees | | | | | | | $ 10,000.00 | $ 10,000.00 |
| Bank Fees | | | | | | $ 32.03 | | $ 32.03 |
| | | | | | | | | $ - |
| McKesson Medical | | | | $ 51,709.52 | | | | $ 51,709.52 |
| McKesson Medical Carvout | | | | $ (12,500.00) | | | | $ (12,500.00) |
| High Speed Capital, LLC (Reclassified) | | | | | | | | $ - |
| Chippewa Valley LLC | $ 25,807.01 | | | $ 88,776.51 | $ 24,869.26 | $ 44,816.74 | $ 105,154.88 | $ 289,424.40 |
| Chippewa Valley LLC (Fischer wages) | | | | | $ 10,575.60 | | | $ 10,575.60 |
| | | | | | | | | |
| Cole Newton & Duran CPA -Carveout | | | | | $ 38,630.00 | | | $ 38,630.00 |
| Cole Newton & Duran CPA | | $ 936.64 | $ 355.43 | | | $ 1,322.55 | | $ 2,614.62 |
| CND Law | | $ 6,024.46 | $ 2,286.11 | | $ 8,506.65 | | | $ 16,817.22 |
| Subchapter V Trustee | | $ 1,986.09 | $ 753.66 | | $ 2,804.39 | | | $ 5,544.14 |
| Patient Care Ombudsman | | $ 493.07 | $ 187.11 | | $ 696.24 | | | $ 1,376.42 |
| Strobl PLLC - Carveouts | $ 22,737.96 | | | $ 29,592.17 | | $ 1,949.02 | $ 36,680.98 | $ 90,960.13 |
| Strobl PLLC - Carveouts/McKesson | | | | $ 12,500.00 | | | | $ 12,500.00 |
| Strobl PLLC | | $ 23,833.04 | $ 9,043.94 | | $ 3,761.88 | $ 29,890.80 | | $ 66,529.66 |
| Gordon Foods | | $ 3,620.15 | $ 1,373.75 | | | | $ 5,111.72 | $ 10,105.62 |
| | | | | | | | | |
| Employee Claims | | | | | $ 93,171.07 | | | $ 93,171.07 |
| Fischer Wages | | | | | $ (10,575.60) | | | $ (10,575.60) |
| ERISA/DOL Claims | | | | | $ 13,485.07 | | | $ 13,485.07 |
| IRS | | | | | $ 54,282.78 | $ 157,585.41 | | $ 211,868.19 |
| TOTAL: | $ 90,951.83 | $ 36,893.45 | $ 14,000.00 | $ 180,389.53 | $ 240,207.34 | $ 235,596.55 | $ 156,947.58 | $ 954,986.28 |