UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

SILVERSIDE SENIOR LIVING, LLC, et al,[1]

Debtors.

Case No.: 21-44887-lsg
Chapter 11
Hon. Lisa S. Gretchko
(Jointly Administered)

---

NOTICE OF WITHDRAWAL OF SECOND
AMENDED SOURCE AND USE OF FUNDS (ECF NO. #412)

Lynn M. Brimer, on behalf of the Plan Administrator in the above-captioned matter, hereby withdraws the Second Amended Source and Use of Funds filed on June 15, 2023 (ECF #412).

Respectfully submitted,

STROBL PLLC

/s/ Lynn M. Brimer
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
Attorneys for the Plan Administrator
33 Bloomfield Hills Parkway, Ste. 125
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
E-Mail: lbrimer@strobllaw.com
pritter@strobllaw.com

Dated: July 6, 2023

*S&B\85370\004\PLDG\SB827812.DOCX

---

[1] The Debtors in these jointly administered proceedings are Silverside Senior Living, LLC (Case No. 21-44887) and Graceway South Haven, LLC (Case No. 21-44888).